# UNITED STATES DISTRICT COURT
for the

### FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **SIGNIFY NORTH AMERICA CORPORATION and SIGNIFY HOLDING B.V.** <br> *Plaintiff(s)* <br> v. <br> **ETI SOLID STATE LIGHTING INC.** <br> *Defendant(s)* | Civil Action No. 2:25-CV-121-RWS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**ETI Solid State Lighting Inc.**
**Attention: David A Gilinsky, CPA**
**4873 Thurmon Tanner Parkway, Building C**
**Flowery Branch, Georgia 30542**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Adam D. Swain
ALSTON & BIRD LLP
950 F. Street, NW
Washington, D.C. 20004
(202) 239-3622
adam.swain@alston.com

Joshua Weeks
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7405
joshua.weeks@alston.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT   KEVIN P. WEIMER

Date: 05/02/2025

s/ D. McGoldrick
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-CV-121-RWS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: