IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| SIGNIFY NORTH AMERICA CORPORATION and SIGNIFY HOLDING B.V., <br><br> *Plaintiffs*, <br><br> v. <br><br> ETI SOLID STATE LIGHTING, INC., <br><br> *Defendant*. | Case No. 2:25-cv-00121-RWS |

**CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

By consent and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendant ETI Solid State Lighting, Inc. ("Defendant") hereby respectfully moves for an extension of time, through and including June 23, 2025, for Defendant to answer, move, or otherwise respond to Plaintiffs Signify North America Corporation and Signify Holding B.v.'s (collectively, "Plaintiffs") Complaint.

In support, Defendant states as follows:

1. Plaintiffs filed this lawsuit on May 2, 2025 (Doc. 1). Defendant was served with the Complaint and Summons on May 2, 2025 (Doc. 6).

2. Defendant's response to the Complaint is presently due on May 23, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

3. Defendant requests this extension of time in good faith, after reviewing the allegations of the Complaint, working to secure local counsel, and continuing to investigate and develop its preliminary positions and contentions.

4. Counsel for the parties have conferred, and Plaintiffs consent to an extension of the period in which Defendant may file its answer, motion, or other response to the Complaint through and including June 23, 2025; accordingly, Plaintiffs do not oppose the granting of this Motion.

Defendant therefore respectfully requests that the Court enter an Order extending the time in which Defendant must file its answer, motion, or other response to the Complaint through and including June 23, 2025.

A proposed order is attached for the Court's convenience.

Dated: May 23, 2025.                    Respectfully submitted,

*/s/ Coby S. Nixon*
Coby S. Nixon
Georgia Bar No. 545005
Seth K. Trimble
Georgia Bar No. 851055
**BUCHALTER APC**
3475 Piedmont Road NE, Suite 1100
Atlanta, Georgia 30305
Telephone: (404) 832-7530
Email: cnixon@buchalter.com
       strimble@buchalter.com

David B. Cupar (*pro have vice* application forthcoming)
**MCDONALD HOPKINS LLC**
600 Superior Avenue East, Suite 2100
Cleveland, Ohio 44114
Telephone: (216) 348-5400
Email: dcupar@mcdonaldhopkins.com

*Counsel for Defendant ETI Solid State Lighting, Inc.*

## LOCAL RULE 7.1D CERTIFICATION

The undersigned hereby certifies that the foregoing CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT was prepared in Times New Roman, 14-point front, in compliance with Local Rule 5-1.

Dated: May 23, 2025         /s/ *Coby S. Nixon*
                             Coby S. Nixon