IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| SIGNIFY NORTH AMERICA CORPORATION and SIGNIFY HOLDING B.V., <br><br> *Plaintiffs*, <br><br> v. <br><br> ETI SOLID STATE LIGHTING, INC., <br><br> *Defendant*. | Case No. 2:25-cv-00121-RWS |

**DEFENDANT'S MOTION AND BRIEF IN SUPPORT FOR A SECOND EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendant ETI Solid State Lighting, Inc. ("Defendant") hereby respectfully moves for a second extension of time, through and including July 23, 2025, for Defendant to answer, move, or otherwise respond to Plaintiffs Signify North America Corporation and Signify Holding B.V.'s (collectively, "Plaintiffs") Complaint.

In support, Defendant states as follows:

1. Plaintiffs filed this lawsuit on May 2, 2025 (Doc. 1). Defendant was served with the Complaint and Summons on May 2, 2025 (Doc. 6).

2. On May 23, 2025, the Court granted a 30-day consent extension of time for Defendant to answer or otherwise respond to the Complaint (Doc 8).

3. Accordingly, Defendant's response to the Complaint is presently due on June 23, 2025 (*id.*).

4. Defendant requests this extension of time in good faith, after continuing to investigate and develop its preliminary positions and contentions and after devoting significant efforts attempting to resolve this dispute.

5. Specifically, at Plaintiffs' request, Defendant's CEO Peter Lena and its counsel David Cupar met in-person with Plaintiffs' representatives Dan Goudet and Mher Hartoonian on June 17, 2025, at the office of Plaintiff's counsel in Atlanta, Georgia. *See* Declaration of David P. Cupar ("Cupar Decl.") ¶ 4.

6. The parties mutually agreed at the June 17 meeting to pursue a structured settlement path, including execution of a confidentiality agreement (NDA) and exchange of financial information to advance meaningful settlement discussions. Cupar Decl. ¶ 5, Ex. 1.

7. Based on that June 17 meeting the parties will proceed with settlement negotiations with the common goal of resolving this dispute without the need for expending time, resources, and money litigating this matter.

8. Therefore, Defendant requires an additional extension of time to allow it to negotiate a potential settlement without having to utilize resources, time and money to litigating and, if necessary if the settlement negotiations do not end in resolution adequately prepare, review, and respond to Plaintiffs' complaint.

9. This is the second request for an extension of this deadline.

10. The extension requested herein is not for purposes of delay.

11. Defendant's counsel conferred with Plaintiffs' counsel in person at the June 17 settlement meeting and again by email on June 20, 2025. At no time during the June 17 meeting did Plaintiffs or their counsel object to the possibility of a short second extension. Cupar Decl. ¶ 6. However, as of June 20, Plaintiffs' counsel confirmed in writing that they oppose this motion. *Id.* at Ex. 1.

Defendant therefore respectfully requests that the Court enter an Order extending the time in which Defendant must file its answer, motion, or other response to the Complaint through and including July 23, 2025.

A proposed order is attached for the Court's convenience.

Dated: June 23, 2025.                    Respectfully submitted,

*/s/ Coby S. Nixon*
Coby S. Nixon
Georgia Bar No. 545005
Seth K. Trimble
Georgia Bar No. 851055
**BUCHALTER APC**
3475 Piedmont Road NE, Suite 1100
Atlanta, Georgia 30305
Telephone: (404) 832-7530
Email: cnixon@buchalter.com
         strimble@buchalter.com

David B. Cupar (*pro have vice*)
**MCDONALD HOPKINS LLC**
600 Superior Avenue East, Suite 2100

Cleveland, Ohio 44114
Telephone: (216) 348-5400
Email: dcupar@mcdonaldhopkins.com

*Counsel for Defendant ETI Solid State Lighting, Inc.*

## **LOCAL RULE 7.1D CERTIFICATION**

The undersigned hereby certifies that the foregoing DEFENDANT'S MOTION FOR A SECOND EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT was prepared in Times New Roman, 14-point front, in compliance with Local Rule 5-1.

Dated:  June 23, 2025                  /s/ *Coby S. Nixon*
                                       Coby S. Nixon