# EXHIBIT 1

**REDACTED**

| | |
|---|---|
| **From:** | Cupar, David B. <dcupar@mcdonaldhopkins.com> |
| **Sent:** | Monday, June 23, 2025 10:15 AM |
| **To:** | Mher Hartoonian |
| **Cc:** | p.lena@etissl.com; Weeks, Joshua; Nixon, Coby S.; Daniel Gaudet; Trimble, Seth K.; Meeks, Susan; Swain, Adam |
| **Subject:** | RE: Signify / ETI |

This message has originated from an **External Email**. Cupar, David B. <dcupar@mcdonaldhopkins.com>:

Mher, Adam,

Thank you for your response.

I must again point out that this position is inconsistent with what took place at the in-person settlement conference on Tuesday, June 17. Our settlement discussions began on that date with both parties agreeing to next steps, including execution of an NDA and exchange of financial information. At no point during the conference did your client indicate that it would oppose a further short extension to facilitate those discussions.

I also note that Adam was not present at the settlement conference and therefore was not part of the discussion in which ETI expressly raised — without any objection from Signify — the prospect of this modest extension of time.

Signify's current refusal to consent to an extension — while at the same time stating that it "strongly desires" to continue settlement discussions — is contradictory. If Signify truly wishes to pursue settlement, the parties should not be forced to litigate on parallel tracks and incur unnecessary costs.

Given your opposition, ETI will be filing its motion for a 30-day extension of time today and will advise the Court of Signify's position, including this email chain in support of the motion.

Regards,
Dave


**David B. Cupar**
Member

T: 216.430.2036
F: 216.348.5474
dcupar@mcdonaldhopkins.com
www.mcdonaldhopkins.com

600 Superior Avenue East
Suite 2100
Cleveland, OH 44114

1



**From:** Mher Hartoonian <mher.hartoonian@signify.com>
**Sent:** Friday, June 20, 2025 2:35 PM
**To:** Cupar, David B. <dcupar@mcdonaldhopkins.com>
**Cc:** p.lena@etissl.com; Weeks, Joshua <Joshua.Weeks@alston.com>; Nixon, Coby S. <cnixon@buchalter.com>; Daniel Gaudet <daniel.gaudet@signify.com>; Trimble, Seth K. <strimble@buchalter.com>; Meeks, Susan <smeeks@mcdonaldhopkins.com>; Swain, Adam <Adam.Swain@alston.com>
**Subject:** [External] Re: Signify / ETI

Classified

Hi David,

Signify gave ETI a 30-day extension so the parties could start settlement discussions. But Dan Gaudet also noted in Tuesday's meeting that Signify was not inclined to grant a further extension, and that the Court may not accept it in any event.

We strongly desire to continue the discussions we started this week in Atlanta. Our opposition to an additional extension to file your Answer is not contrary to that goal—we can always request an extension of deadlines when the parties appear to be converging on a settlement. With discussions just underway, however, it remains unclear whether the parties will find a mutually acceptable solution.

As you know, Signify attempted to engage with ETI for many years (12+) with no progress, which ultimately led to this suit. Those efforts required Signify to expend significant money and resources. While we won't agree to this second extension, we remain committed to ongoing settlement discussions.

**Mher Hartoonian**

**Director, IP Licensing and Litigation**

+1 732 243 0936 [office]

+1 646 250 0123 [mobile]

Signify North America Corporation

465 Columbus Avenue, Suite 330

Valhalla, New York 10595, USA



Committed to Net Zero by 2040

   

Our global brands are

 

The information contained in this message may be confidential and legally protected under applicable law. The message is intended solely for the addressee(s). If you are not the intended recipient, you are hereby notified that any use, forwarding, dissemination, or reproduction of this message is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact the sender by return e-mail and destroy all copies of the original message.

---

**From:** Cupar, David B. <dcupar@mcdonaldhopkins.com>
**Sent:** Friday, June 20, 2025 11:55 AM
**To:** Swain, Adam <Adam.Swain@alston.com>; Mher Hartoonian <mher.hartoonian@signify.com>
**Cc:** p.lena@etissl.com <p.lena@etissl.com>; Weeks, Joshua <Joshua.Weeks@alston.com>; Nixon, Coby S. <cnixon@buchalter.com>; Daniel Gaudet <daniel.gaudet@signify.com>; Trimble, Seth K. <strimble@buchalter.com>; Meeks, Susan <smeeks@mcdonaldhopkins.com>
**Subject:** RE: Signify / ETI

> You don't often get email from dcupar@mcdonaldhopkins.com. Learn why this is important

**CAUTION:** This email is from outside the organization. Do not click on links or open attachments unless you trust the sender.

Adam,

ETI was very disappointed to receive your email below, particularly given what took place at Tuesday's in-person settlement conference in Atlanta.

3

As you were not present at the conference, I want to make clear that during the meeting, both sides — including your client's representatives — agreed on next steps involving execution of an NDA and an exchange of certain financial information, with the understanding that further settlement discussions would continue. We also specifically raised the issue of extending ETI's time to answer, and there was no opposition voiced by your client.

ETI expended significant time and resources to appear in person at the conference in good faith. Given your current email, I now ask that you confirm whether Signify is withdrawing from the settlement discussions and instead intends to "move forward with the case," as your message states. If so, that will allow ETI to avoid additional, unnecessary costs associated with the NDA and document exchange.

Additionally, in light of the efforts and expense already incurred — now rendered wasted by your reversal — and your opposition to a modest 30-day extension, ETI will be seeking its fees and costs.

I again urge you to reconsider your opposition to this short extension.

Regards,

David

**David B. Cupar**
Member

T: 216.430.2036
F: 216.348.5474
dcupar@mcdonaldhopkins.com
www.mcdonaldhopkins.com

600 Superior Avenue East
Suite 2100
Cleveland, OH 44114



**From:** Swain, Adam <Adam.Swain@alston.com>
**Sent:** Friday, June 20, 2025 11:33 AM
**To:** Cupar, David B. <dcupar@mcdonaldhopkins.com>; Mher Hartoonian <mher.hartoonian@signify.com>
**Cc:** p.lena@etissl.com; Weeks, Joshua <Joshua.Weeks@alston.com>; Nixon, Coby S. <cnixon@buchalter.com>; Daniel

Gaudet <daniel.gaudet@signify.com>; Trimble, Seth K. <strimble@buchalter.com>; Meeks, Susan <smeeks@mcdonaldhopkins.com>
**Subject:** [External] RE: Signify / ETI

Hi David-

Thanks for the email. Signify cannot agree to another 30 day extension here as we do need to move forward with the case.

Thanks,

-Adam

**Adam D. Swain**

**Partner**

**Alston & Bird**

**950 F Street, NW**

**Washington, DC 20004**

**202.239.3622**

**From:** Cupar, David B. <dcupar@mcdonaldhopkins.com>
**Sent:** Friday, June 20, 2025 11:11 AM
**To:** Mher Hartoonian <mher.hartoonian@signify.com>
**Cc:** p.lena@etissl.com; Swain, Adam <Adam.Swain@alston.com>; Weeks, Joshua <Joshua.Weeks@alston.com>; Nixon, Coby S. <cnixon@buchalter.com>; Daniel Gaudet <daniel.gaudet@signify.com>; Trimble, Seth K. <strimble@buchalter.com>; Meeks, Susan <smeeks@mcdonaldhopkins.com>
**Subject:** RE: Signify / ETI

**EXTERNAL SENDER – Proceed with caution**

5

Thanks, Mher. Excellent settlement meeting Tuesday and pleasure meeting you, Dan, and Josh.

Sorry I didn't email sooner – as discussed, I flew to Houston for a hearing Wednesday and yesterday was a Federal Holiday observed by our firm.

I'll review the NDA and have it back to you either signed or with revisions by early next week.

Signify – please let me know if you agree not to oppose a 30 day extension for ETI to respond to the complaint to allow the parties to work on reaching a settlement without spending resources or time on litigation for now.

Thanks,
Dave

**David B. Cupar**
Member

T: 216.430.2036
F: 216.348.5474
dcupar@mcdonaldhopkins.com
www.mcdonaldhopkins.com

600 Superior Avenue East
Suite 2100
Cleveland, OH 44114



---

**From:** Mher Hartoonian <mher.hartoonian@signify.com>
**Sent:** Wednesday, June 18, 2025 5:15 PM
**To:** Cupar, David B. <dcupar@mcdonaldhopkins.com>
**Cc:** p.lena@etissl.com; Swain, Adam <adam.swain@alston.com>; Weeks, Joshua <joshua.weeks@alston.com>; Daniel Gaudet <daniel.gaudet@signify.com>
**Subject:** [External] Signify / ETI

Classified

Hi Dave,

It was a pleasure meeting you and Pete in Atlanta yesterday. Please find attached a draft NDA.

**Mher Hartoonian**

Director, IP Licensing and Litigation

+1 732 243 0936 [office]

+1 646 250 0123 [mobile]

Signify North America Corporation

465 Columbus Avenue, Suite 330

Valhalla, New York 10595, USA



**Committed to Net Zero by 2040**

    

**Our global brands are**

  

The information contained in this message may be confidential and legally protected under applicable law. The message is intended solely for the addressee(s). If you are not the intended recipient, you are hereby notified that any use, forwarding, dissemination, or reproduction of this message is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact the sender by return e-mail and destroy all copies of the original message.

The information contained in this email may be confidential and/or legally protected under applicable law. The message is intended solely for the addressee(s). If you are not the intended recipient, you are hereby notified that any use, forwarding, dissemination, or reproduction of this email is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact the sender by return e-mail and destroy all copies of the original email.

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.