IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| SIGNIFY NORTH AMERICA CORPORATION and SIGNIFY HOLDING B.V., <br><br> Plaintiffs, <br><br> v. <br><br> ETI SOLID STATE LIGHTING, INC., <br><br> Defendant. | Case No. 2:25-cv-00121-RWS |

**ORDER**

Having considered Defendant ETI Solid State Lighting, Inc.'s ("Defendant") Motion for a Second Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, and for good cause shown, it is hereby ORDERED that the period in which Defendant may file its answer, motion, or other response to the Complaint is extended through and including July 23, 2025.

**SO ORDERED** this 30th day of June, 2025.

_____
**RICHARD W. STORY**
United States District Judge