IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA GAINESVILLE DIVISION

|  |  |
|---|---|
| SIGNIFY NORTH AMERICA CORPORATION and SIGNIFY HOLDING B.V., <br><br> *Plaintiffs*, <br><br> v. <br><br> ETI SOLID STATE LIGHTING, INC., <br><br> *Defendant*. | Case No. 2:25-cv-00121-RWS |

## NOTICE OF SERVICE OF ETI'S PROPOSED CLAIM CONSTRUCTIONS

Pursuant to Local Patent Rule 6.1 and the Court's Scheduling Order, Defendant ETI Solid State Lighting, Inc. ("ETI") provides notice that, on November 20, 2025, it served its list of Proposed Claim Terms for Construction on counsel for Plaintiffs Signify North America Corporation, Signify Holding B.V., and Cooper Lighting LLC.

Respectfully submitted this 21st day of November, 2025.

/s/ Coby S. Nixon
Coby S. Nixon
Georgia Bar No. 545005
Seth K. Trimble
Georgia Bar No. 851055
**BUCHALTER APC**
3475 Piedmont Road NE

1

Suite 1100
Atlanta, Georgia 30305
Telephone: (404) 832-7530
cnixon@buchalter.com
strimble@buchalter.com

David B. Cupar (*pro have vice*)
**MCDONALD HOPKINS LLC**
600 Superior Avenue East, Suite 2100
Cleveland, Ohio 44114
Telephone: (216) 348-5400
dcupar@mcdonaldhopkins.com

*Counsel for Defendant ETI*
*Solid State Lighting, Inc.*