# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

|  |  |
|---|---|
| SIGNIFY NORTH AMERICA CORPORATION and SIGNIFY HOLDING B.V., <br><br> Plaintiffs, <br><br> v. <br><br> ETI SOLID STATE LIGHTING, INC. <br><br> Defendant. | C.A. No. 2:25-cv-00121-RWS |

**NOTICE OF FILING DISCOVERY OF COOPER LIGHTING LLC'S RESPONSES AND OBJECTIONS TO ETI SOLID STATE LIGHTING, INC.'S FIRST SET OF INTERROGATORIES (NOS 1-12)**

PLEASE TAKE NOTICE that on November 26, 2025, the undersigned counsel served the following document, **Cooper Lighting LLC's Responses and Objections to ETI Solid State Lighting, Inc.'s First Set of Interrogatories (Nos. 1-12).**

DATED this 26th day of November, 2025.

Dated: November 26, 2025

Respectfully submitted,

*/s/ JOSHUA M. WEEKS*
Joshua M. Weeks
Georgia Bar No. 545063
ALSTON & BIRD LLP
1201 W. Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7405
joshua.weeks@alston.com

*Attorney for Cooper Lighting LLC*

## **CERTIFICATE OF SERVICE**

I certify that I caused the foregoing document to be transmitted to counsel

for ETI via electronic service on November 26, 2025.


*/s/ Joshua Weeks*
Joshua Weeks
ALSTON & BIRD LLP