**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| SIGNIFY NORTH AMERICA CORPORATION and SIGNIFY HOLDING B.V.,<br><br>Plaintiffs,<br><br>v.<br><br>ETI SOLID STATE LIGHTING, INC.<br><br>Defendant. | C.A. No. 2:25-cv-00121-RWS |

**DEFENDANT ETI'S MOTION FOR LEAVE TO FILE A SECOND AMENDED ANSWER AND COUNTERCLAIMS**

Pursuant to Fed. R. Civ. P. 15(a)(2) and 16(b)(4), ETI Solid State Lighting Inc. ("ETI") requests leave to file its Second Amended Answer and Counterclaims, attached as Exhibit A in redline format. ETI seeks to add a defense and counterclaim for patent misuse based on newly discovered evidence obtained in discovery after the amendment deadline, as well as to remove certain counterclaims previously dismissed by the Court. Good cause exists under Rule 16(b)(4), and leave should be freely granted under Rule 15(a)(2).

This Motion is supported by ETI's Brief in Support, filed concurrently herewith.

A proposed Order granting ETI's Motion is attached for the Court's convenience.

Dated: May 28, 2026

Respectfully submitted,

*/s/ Coby S. Nixon*

Coby S. Nixon
Georgia Bar No. 545005
Seth K. Trimble
Georgia Bar No. 851055
Cory Mull
Georgia Bar No. 595376
**BUCHALTER LLP**
3475 Piedmont Road NE, Suite 1100
Atlanta, Georgia 30305
Telephone: (404) 832-7530
Email: cnixon@buchalter.com
strimble@buchalter.com
cmull@buchalter.com

David B. Cupar (*pro hac vice*)
**MCDONALD HOPKINS LLC**
600 Superior Avenue East, Suite 2100
Cleveland, Ohio 44114
Telephone: (216) 348-5400
Email: dcupar@mcdonaldhopkins.com

*Counsel for Defendant ETI Solid State Lighting, Inc*