# Exhibit B

JP 2012-79965 A 2012.4.19

(19)日本国特許庁(JP)　(12)公 開 特 許 公 報(A)　(11)特許出願公開番号
特開2012-79965
(P2012-79965A)
(43)公開日 平成24年4月19日(2012.4.19)

| (51) Int.Cl. | | F I | | | テーマコード（参考） |
|---|---|---|---|---|---|
| **H01L 33/00** | **(2010.01)** | H01L | 33/00 | J | 5F041 |
| | | | | | 5F141 |

審査請求 未請求　請求項の数 3　ＯＬ　（全 6 頁）

(21)出願番号　特願2010-224733 (P2010-224733)
(22)出願日　平成22年10月4日 (2010.10.4)
(71)出願人　000237721
ＦＤＫ株式会社
東京都港区新橋５丁目３６番１１号
(74)代理人　100078961
弁理士　茂見　穰
(72)発明者　栗田　昌憲
東京都港区新橋５丁目３６番１１号　ＦＤＫ株式会社内
(72)発明者　小林　大輔
東京都港区新橋５丁目３６番１１号　ＦＤＫ株式会社内
Ｆターム（参考）　5F041 AA21 BB04 BB10 BB22 BB32
5F141 AA21 BB04 BB10 BB22 BB32

(54)【発明の名称】ＬＥＤ駆動用電源装置

(57)【要約】
【課題】電源装置のメーカーあるいはユーザーが、ＬＥＤの発光強度を、必要に応じて複数段階の中から自由に設定できるようにする。
【解決手段】レギュレータ用ＤＣ入力を安定化しＤＣ出力とするレギュレータ部１０と、そのＤＣ出力を検出する出力検出部１２と、該出力検出部による検出電圧に基づき安定化制御するための帰還信号をレギュレータ部のフィードバック端子ＦＢに入力するフィードバック回路１４を具備し、レギュレータ部により安定化したＤＣ出力で、負荷となるＬＥＤを駆動し照明する。複数のバイアス量設定抵抗とスイッチとを組み合わせて抵抗値を可変としたバイアス量調整回路１８を、基準ＤＣ電源とレギュレータ部のフィードバック端子との間に挿入し、前記スイッチの切り替え操作によってＬＥＤの発光強度を複数段階の中から自由に設定可能とする。
【選択図】図１



【特許請求の範囲】
【請求項１】
　レギュレータ用ＤＣ入力を安定化してＤＣ出力とするレギュレータ部と、そのＤＣ出力を検出する出力検出部と、該出力検出部による検出電圧に基づき安定化制御するための帰還信号を前記レギュレータ部のフィードバック端子に入力するフィードバック回路を具備し、前記レギュレータ部により安定化したＤＣ出力で、負荷となるＬＥＤを駆動する電源装置において、
　複数のバイアス量設定抵抗とスイッチとを組み合わせて抵抗値を可変としたバイアス量調整回路を、基準ＤＣ電源と前記レギュレータ部のフィードバック端子との間に挿入し、前記スイッチの切り替え操作によってＬＥＤの発光強度を複数段階の中から自由に設定可能としたことを特徴とするＬＥＤ駆動用電源装置。
【請求項２】
　前記出力検出部は、負荷となる前記ＬＥＤのカソードに接続した電流検出抵抗であり、前記フィードバック回路は、直列に接続した第１及び第２のＬＥＤ電流調整抵抗を前記電流検出抵抗に並列に設けると共に前記第１及び第２のＬＥＤ電流調整抵抗を分圧して得られる帰還信号を前記レギュレータ部の前記フィードバック端子に入力し、負荷となる前記ＬＥＤを定電流制御で駆動する請求項１記載のＬＥＤ駆動用電源装置。
【請求項３】
　前記出力検出部は、直列に接続された第１及び第２の電圧検出抵抗からなり、負荷となる前記ＬＥＤに対して並列に接続され、前記フィードバック回路は、直列に接続した第１及び第２のＬＥＤ電流調整抵抗を前記第２の電圧検出抵抗に対して並列に設けると共に前記第１及び第２のＬＥＤ電流調整抵抗を分圧して得られる帰還信号を前記レギュレータ部の前記フィードバック端子に入力し、負荷となる前記ＬＥＤを定電圧制御で駆動する請求項１記載のＬＥＤ駆動用電源装置。
【発明の詳細な説明】
【技術分野】
【０００１】
　本発明は、ＬＥＤ駆動用の電源装置に関し、更に詳しく述べると、内部に装備されているスイッチを切り換えることで出力電力を可変とし、負荷であるＬＥＤの発光強度を複数段階の中から自由に選択できるようにしたＬＥＤ駆動用電源装置に関するものである。この技術は、ＬＥＤ照明用の電源装置やＬＥＤ看板用の電源装置などに有用である。
【背景技術】
【０００２】
　負荷となるＬＥＤを駆動する電源装置として、ＬＥＤのカソード側に電流検出抵抗を接続し、該電流検出抵抗での降下電圧が一定に保たれるようにフィードバックして制御することにより、ＬＥＤを定電流で駆動し明るさを一定に保つ回路構成がある（特許文献１参照）。このような従来の電源装置では、出力電流は、予め決められた１つの値に設定されている。
【０００３】
　しかし、同じＬＥＤ駆動用電源装置であっても、使用条件や使用場所などに応じてＬＥＤの発光強度（明るさ）を変えたい場合がある。そのため、電源装置メーカーは、ユーザーの要望に応じて、様々な出力電流値に設定された複数のモデルを用意しておく必要がある。
【先行技術文献】
【特許文献】
【０００４】
【特許文献１】特開２００３－１５２２４号公報
【発明の概要】
【発明が解決しようとする課題】
【０００５】

本発明が解決しようとする課題は、電源装置のメーカーあるいはユーザーが、ＬＥＤの発光強度を、必要に応じて複数段階の中から自由に設定できるようにすることである。

【課題を解決するための手段】

【０００６】

本発明は、レギュレータ用ＤＣ入力を安定化してＤＣ出力とするレギュレータ部と、そのＤＣ出力を検出する出力検出部と、該出力検出部による検出電圧に基づき安定化制御するための帰還信号を前記レギュレータ部のフィードバック端子に入力するフィードバック回路を具備し、前記レギュレータ部により安定化したＤＣ出力で、負荷となるＬＥＤを駆動する電源装置において、複数のバイアス量設定抵抗とスイッチとを組み合わせて抵抗値を可変としたバイアス量調整回路を、基準ＤＣ電源と前記レギュレータ部のフィードバック端子との間に挿入し、前記スイッチの切り替え操作によってＬＥＤの発光強度を複数段階の中から自由に設定可能としたことを特徴とするＬＥＤ駆動用電源装置である。なお、本発明において、負荷となるＬＥＤは１個に限られるものではなく、複数並列に設けられている場合も同様に駆動でき、発光強度を変えることができる。

【０００７】

例えば、前記出力検出部は、負荷となる前記ＬＥＤのカソード側とグランドとの間に接続した電流検出抵抗であり、前記フィードバック回路は、直列に接続した第１及び第２のＬＥＤ電流調整抵抗を前記電流検出抵抗に並列に設けると共に前記第１及び第２のＬＥＤ電流調整抵抗を分圧して得られる帰還信号を前記レギュレータ部の前記フィードバック端子に入力し、負荷となる前記ＬＥＤを定電流制御で駆動する構成とする。

【０００８】

あるいは前記出力検出部は、直列に接続された第１及び第２の電圧検出抵抗からなり、負荷となる前記ＬＥＤに対して並列に接続され、前記フィードバック回路は、直列に接続した第１及び第２のＬＥＤ電流調整抵抗を前記第２の電圧検出抵抗に対して並列に設けると共に前記第１及び第２のＬＥＤ電流調整抵抗を分圧して得られる帰還信号を前記レギュレータ部の前記フィードバック端子に入力し、負荷となる前記ＬＥＤを定電圧制御で駆動する構成とすることもできる。

【発明の効果】

【０００９】

本発明に係るＬＥＤ駆動用電源装置では、レギュレータ部のフィードバック端子を基準ＤＣ電源からバイアス量設定抵抗でプルアップし、そのバイアス量設定抵抗をスイッチで選択するように構成しているので、電源装置のメーカーあるいはユーザーが前記スイッチの切り替え操作を行うことによって、ＬＥＤの発光強度を、複数段階の中から自由に設定することができる。そのため、電源装置メーカーは、ユーザーの要望に応じて様々な出力電流値に設定された複数のモデルを用意しておく必要がなくなり、単一モデルで対応できるため、生産管理や在庫管理が容易となり、経営コストを削減できる。

【００１０】

また、必要な明るさが変わった場合でも、スイッチ操作のみで簡単に適切な明るさに調整できるので、消費電力を低減でき、電気代の節約にもなる。

【図面の簡単な説明】

【００１１】

【図１】本発明に係るＬＥＤ駆動用電源装置の一実施例を示す回路図。
【図２】本発明に係るＬＥＤ駆動用電源装置の他の実施例を示す回路図。
【図３】本発明に係るＬＥＤ駆動用電源装置の他の実施例を示す回路図。
【図４】本発明に係るＬＥＤ駆動用電源装置の他の実施例を示す回路図。

【発明を実施するための形態】

【００１２】

ＬＥＤ駆動用電源装置は、そのレギュレータ用ＤＣ入力を安定化してＤＣ出力とするレギュレータ部と、そのＤＣ出力を検出する出力検出部と、該出力検出部による検出電圧に基づき安定化制御するための帰還信号を前記レギュレータ部のフィードバック端子に入力

するフィードバック回路を具備しており、前記レギュレータ部により安定化したＤＣ出力で、負荷となるＬＥＤを駆動する構成である。レギュレータ用ＤＣ入力は、商用電源からのＡＣ入力を整流平滑化することで得られる。本発明では、複数のバイアス量設定抵抗とスイッチとを組み合わせて抵抗値を可変としたバイアス量調整回路を、基準ＤＣ電源と前記レギュレータ部のフィードバック端子との間に挿入する。つまり、レギュレータ部のフィードバック端子を基準ＤＣ電源からバイアス量設定抵抗でプルアップし、そのバイアス量設定抵抗をスイッチで選択するように構成している。前記スイッチの切り替え操作によってバイアス量設定抵抗値を選択でき、それによってＬＥＤの発光強度を、予め設定されている複数段階の中から自由に選択することが可能となる。

【実施例】

【００１３】

図１は、本発明に係るＬＥＤ駆動用電源装置の一実施例を示す回路図であり、ＬＥＤを定電流で駆動する照明用電源の例である。基本的には、レギュレータ用ＤＣ入力を安定化してＤＣ出力とするレギュレータ部１０と、そのＤＣ出力を検出する出力検出部１２と、該出力検出部１２による検出電圧に基づき安定化制御するための帰還信号を前記レギュレータ部１０のフィードバック端子ＦＢに入力するフィードバック回路１４とを具備している。ここでは、レギュレータ部１０として、４端子シリーズドロッパレギュレータＩＣを使用している。このＩＣは、負荷（ＬＥＤ）に流れる電流を、負荷電流検出抵抗を用いて電圧に変換して検出し、出力電流を一定に制御する機能を有する。なお、負荷となるＬＥＤ１６は、複数のＬＥＤ素子を直列に配設したものである。

【００１４】

前記出力検出部１２は、負荷となる前記ＬＥＤ１６のカソード側とグランドとの間に接続された電流検出抵抗Ｒ１であり、前記フィードバック回路１４は、直列に接続した第１のＬＥＤ電流調整抵抗と第２のＬＥＤ電流調整抵抗Ｒ３を前記電流検出抵抗Ｒ１に並列に設けると共に前記第１のＬＥＤ電流調整抵抗Ｒ２と第２のＬＥＤ電流調整抵抗Ｒ３を分圧して得られる帰還信号を前記レギュレータ部１０の前記フィードバック端子ＦＢに入力する構成であり、前記レギュレータ部１０により安定化したＤＣ出力で、負荷となる前記ＬＥＤ１６を定電流制御で駆動する。

【００１５】

複数（ここでは３個）のバイアス量設定抵抗Ｒ４，Ｒ５，Ｒ６を並列に設け、それらのバイアス量設定抵抗Ｒ４，…，Ｒ６とスイッチＳＷとを組み合わせて、抵抗値を可変としたバイアス量調整回路１８を構成する。各バイアス量設定抵抗Ｒ４，…，Ｒ６には、全て抵抗値が異なるものを使用する。そのバイアス量調整回路１８を、基準ＤＣ電源Ｖccと前記レギュレータ部１０のフィードバック端子ＦＢとの間に挿入する。全てのバイアス量設定抵抗Ｒ４，…，Ｒ６の一端同士を短絡して基準ＤＣ電源Ｖccに接続し、各バイアス量設定抵抗Ｒ４，…，Ｒ６の他端はスイッチＳＷの一方の独立した接点にそれぞれ接続され、該スイッチＳＷの他方の共通接点は前記レギュレータ部１０のフィードバック端子ＦＢに接続される。従って、スイッチＳＷの接点位置によって、任意のバイアス量設定抵抗が選択され、その選択されたバイアス量設定抵抗で、レギュレータ部１０のフィードバック端子ＦＢが基準ＤＣ電源Ｖccからプルアップされた状態となる。なお、スイッチＳＷは、通常、各種の抵抗などと共にプリント基板に実装されている。基準ＤＣ電源Ｖccは、４端子シリーズドロッパレギュレータＩＣの動作用電源である。

【００１６】

直列に接続されているＬＥＤ１６と電流検出抵抗Ｒ１を流れる負荷電流により、該電流検出抵抗Ｒ１で電圧降下が生じる。その降下電圧を検出し、その検出電圧が一定に保たれるようにフィードバック回路１４で前記レギュレータ部１０のフィードバック端子ＦＢに入力し、それによってＬＥＤ１６を定電流で駆動する。ＬＥＤ１６は、それに流れる一定の電流によって、明るさが一定に保たれる。ここで、前記レギュレータ部１０のフィードバック端子ＦＢは、電圧が一定の基準ＤＣ電源Ｖccからバイアス量設定抵抗によってプルアップされているので、スイッチＳＷによってバイアス量設定抵抗が変わるとバイアス量

が変わり、電源装置の出力電流、つまりＬＥＤ１６に流れる電流が変わり、明るさが変わることになる。従って、前記スイッチＳＷの切り替え操作によってＬＥＤ１６の発光強度を、本実施例では３段階の中から自由に設定することができる。ＬＥＤ１６を定電流で駆動すると、ＬＥＤ素子に特性のばらつきが生じてもＬＥＤ１６に流れる電流は一定に維持されるので明るさを一定に保つことができる。

【００１７】

図２は、本発明に係るＬＥＤ駆動用電源装置の他の実施例を示す回路図であり、ＬＥＤを定電圧で駆動する照明用電源の例である。基本的な構成は、出力検出部を除いて前記実施例と同様であってよく、分かりやすくするため、対応する部分には同一符号を付す。ここでも、レギュレータ用ＤＣ入力を安定化してＤＣ出力とするレギュレータ部１０と、そのＤＣ出力を検出する出力検出部２０と、該出力検出部２０による検出電圧に基づき安定化制御するための帰還信号を前記レギュレータ部１０のフィードバック端子ＦＢに入力するフィードバック回路１４を具備している。

【００１８】

前記出力検出部２０は、直列に接続された第１の電圧検出抵抗Ｒ７と第２の電圧検出抵抗Ｒ８からなり、負荷となる前記ＬＥＤ１６に対して並列に接続され、前記フィードバック回路１４は、直列に接続した第１のＬＥＤ電流調整抵抗Ｒ２と第２のＬＥＤ電流調整抵抗Ｒ３を前記第２の電圧検出抵抗Ｒ８に対して並列に設けると共に前記第１のＬＥＤ電流調整抵抗Ｒ２と第２のＬＥＤ電流調整抵抗Ｒ３を分圧して得られる帰還信号を前記レギュレータ部１０の前記フィードバック端子ＦＢに入力するようにし、負荷となる前記ＬＥＤ１６を定電圧制御で駆動する。

【００１９】

複数（ここでは３本）のバイアス量設定抵抗Ｒ４，Ｒ５，Ｒ６を並列に設ける。各バイアス量設定抵抗Ｒ４，…，Ｒ６には、全て抵抗値が異なるものを使用する。それらのバイアス量設定抵抗Ｒ４，…，Ｒ６とスイッチＳＷとを組み合わせて、抵抗値を可変としたバイアス量調整回路１８を構成する。そのバイアス量調整回路１８を、基準ＤＣ電源Ｖccと前記レギュレータ部１０のフィードバック端子ＦＢとの間に挿入する。全てのバイアス量設定抵抗Ｒ４，…，Ｒ６の一端同士を短絡して基準ＤＣ電源Ｖccに接続し、各バイアス量設定抵抗Ｒ４，…，Ｒ６の他端はスイッチＳＷの接点に接続され、該スイッチＳＷは前記レギュレータ部１０のフィードバック端子ＦＢに接続される。従って、スイッチＳＷの接点位置によって、任意の１本のバイアス量設定抵抗が選択され、その選択されたバイアス量設定抵抗で、レギュレータ部１０のフィードバック端子ＦＢが基準ＤＣ電源Ｖccからプルアップされた状態となる。

【００２０】

直列に接続されている第１の電圧検出抵抗Ｒ７と第２の電圧検出抵抗Ｒ８とで出力電圧を分圧する。その電圧が一定に保たれるようにフィードバック回路１４で前記レギュレータ部１０のフィードバック端子ＦＢに入力し、それによってＬＥＤ１６を定電圧で駆動する。ここで、前記レギュレータ部１０のフィードバック端子ＦＢは、電圧が一定の基準ＤＣ電源Ｖccからバイアス量設定抵抗によってプルアップされているので、スイッチＳＷによってバイアス量設定抵抗が変わるとバイアス量が変わり、電源装置の出力電流、つまりＬＥＤ１６に流れる電流が変わり、明るさが変わることになる。従って、定電圧駆動の場合にも、前記スイッチＳＷの切り替え操作によってＬＥＤ１６の発光強度を３段階の中から自由に設定することができる。

【００２１】

図３は、本発明に係るＬＥＤ駆動用電源装置の他の実施例を示す回路図であり、複数のＬＥＤを並列駆動する例である。負荷を除く基本的な回路構成並びに回路動作は、図１と同様であるので、対応する部分には同一符号を付し、それについての説明は省略する。複数（ここでは２個）のＬＥＤ１６を並列に設け、各ＬＥＤ１６に直列に抵抗Ｒ９を設けている。この抵抗Ｒ９は、各ＬＥＤ間の電流差を抑制するものであり、通常は、数百Ω程度以下とする。

【００２２】

図４は、本発明に係るＬＥＤ駆動用電源装置の他の実施例を示す回路図であり、複数のＬＥＤを並列駆動する例である。負荷を除く基本的な回路構成並びに回路動作は、図２と同様であるので、対応する部分には同一符号を付し、それについての説明は省略する。複数（ここでは２個）のＬＥＤ１６を並列に設け、各ＬＥＤ１６に直列に抵抗Ｒ９を設けている。この抵抗Ｒ９は、各ＬＥＤ間の電流差を抑制するものであり、通常は、数百Ω程度以下とする。

【００２３】

このように、負荷となるＬＥＤ１６を複数、並列に駆動する場合には、各ＬＥＤ１６に直列に抵抗Ｒ９を設けて、各ＬＥＤ１６を流れる電流値を揃えるのが好ましい。これら図３あるいは図４に示す例でも、前記スイッチＳＷの切り替え操作によってＬＥＤ１６の発光強度を３段階の中から自由に設定することができる。

【００２４】

上記の実施例では、４端子シリーズドロッパレギュレータＩＣを使用しているが、本発明はそれに限られるものではなく、ステップダウンチョッパー回路、ステップアップチョッパー回路などの他、様々な絶縁型スイッチング電源を用いることができる。

【符号の説明】

【００２５】

１０　レギュレータ部
１２　出力検出部
１４　フィードバック回路
１６　ＬＥＤ
１８　バイアス量調整回路
２０　出力検出部

【図１】




【図３】




【図２】




【図４】

