# Exhibit E

(19)日本国特許庁(JP)　(12)公 開 特 許 公 報(A)　(11)特許出願公開番号
特開2004-55800
(P2004-55800A)
(43)公開日 平成16年2月19日(2004.2.19)

| (51)Int.Cl.[7] | F I | | テーマコード（参考） |
|---|---|---|---|
| H01L 33/00 | H01L 33/00 | N | 5F041 |

審査請求 未請求　請求項の数 6　ＯＬ　（全 9 頁）

(21)出願番号 特願2002-210817(P2002-210817)
(22)出願日 平成14年7月19日(2002.7.19)

(71)出願人 000005832
松下電工株式会社
大阪府門真市大字門真１０４８番地
(74)代理人 100111556
弁理士 安藤 淳二
(72)発明者 迫 浩行
大阪府門真市大字門真１０４８番地松下電工株式会社内

Ｆターム(参考) 5F041 AA33 BB09 BB11 BB32 DA07 DA13 DA20 DA75 DA83 EE16 EE25 FF11

(54)【発明の名称】ＬＥＤ点灯装置

(57)【要約】
【課題】ＬＥＤ素子から発生する熱をより効率良く外部に放熱することができ、直流電源回路への熱の影響も緩和できるＬＥＤ点灯装置を供給することにある。
【解決手段】ＬＥＤ素子が実装されたＬＥＤ実装基板と、ＬＥＤ実装基板に設けられた放熱手段と、商用電源を受けて所定の直流電圧を出力する直流電源回路と、前記ＬＥＤ実装基板と放熱手段と直流電源回路とを収納するカバーと、を備えたＬＥＤ点灯装置において、前記放熱手段の熱をカバーに伝達し得る熱伝達手段を設けたことを特徴とするＬＥＤ点灯装置。
【選択図】　図１



【特許請求の範囲】
【請求項１】
ＬＥＤ素子が実装されたＬＥＤ実装基板と、ＬＥＤ実装基板に設けられた放熱手段と、商用電源を受けて所定の直流電圧を出力する直流電源回路と、前記ＬＥＤ実装基板と放熱手段と直流電源回路とを収納するカバーと、を備えたＬＥＤ点灯装置において、前記放熱手段の熱をカバーに伝達し得る熱伝達手段を設けたことを特徴とするＬＥＤ点灯装置。
【請求項２】
前記熱伝達手段は、放熱手段の近傍に位置するカバーから連設された連設部であることを特徴とする請求項１記載のＬＥＤ点灯装置。
【請求項３】
前記カバーは、ＬＥＤ実装基板と放熱手段とを収納する光源部収納カバーと、直流電源回路を収納する電源部収納カバーと、により構成され、光源部収納カバーが熱伝達手段であることを特徴とする請求項１又は２記載のＬＥＤ点灯装置。
【請求項４】
前記光源部収納カバーの一部が放熱手段であることを特徴とする請求項３記載のＬＥＤ点灯装置。
【請求項５】
前記熱伝達手段は、ＬＥＤ実装基板に直接取付けられたことを特徴とする請求項１乃至４記載のＬＥＤ点灯装置。
【請求項６】
前記放熱手段とＬＥＤ素子とは、熱伝導性のよい接着剤を介して接合させたことを特徴とする請求項５記載のＬＥＤ点灯装置。
【発明の詳細な説明】
【０００１】
【発明の属する技術分野】
本発明は、ＬＥＤ素子を光源として使用したＬＥＤ点灯装置に関する。
【０００２】
【従来の技術】
この種のＬＥＤ点灯装置としては、特開２００１−２４３８０９に開示されたものがあり、図９はその一部を切り欠いた側面図である。このＬＥＤ点灯装置は、給電機能を備え、開口部を有した有底円筒状の口金１１と、基端の開口部から先端の開口部にむけてラッパ状に広がり、基端の開口部が口金１１の開口部の内部壁面に絶縁体を介して取付けられた放熱手段、具体的には、ラッパ状金属放熱部１２と、ラッパ状金属放熱部１２の基端の開口部よりやや先端側の内面にリング状に設けられた絶縁性を有する高熱伝導部材１４と、高熱伝導部材１４に基端が固着されラッパ状金属放熱部１２の内側に設けられたＬＥＤ実装基板、具体的には、筒状金属基板１８と、筒状金属基板１８に実装されたＬＥＤ素子１と、筒状金属基板１８の内側に設けられた交流を直流に変換する直流電源回路４と、直流電源回路４が取付けられ筒状金属基板１８に固定された取付け板１０と、ＬＥＤ素子１を覆うようにしてラッパ状金属放熱部１２の先端の開口部に取付けられた透光性の透光性カバー１６と、を備えて構成されている。
【０００３】
筒状金属基板１８を詳しく述べると、筒状金属基板１８は、基端が口金１１に開口した有底筒状をなした金属基板であり、この筒状金属基板１８の先端部分の外面にＬＥＤ素子１が実装されている。
【０００４】
このＬＥＤ点灯装置を点灯させるとＬＥＤ素子１が光を放射し所定の照度が得られる。また、これと同時にＬＥＤ素子１や直流電源回路４からは、熱が発生する。しかし、ＬＥＤ素子１から発生した熱は、透光性カバー１６やラッパ状金属放熱部１２と筒状金属基板１８の間に形成された空間Ｙで生じる気体の対流により、透光性カバー１６やラッパ状金属放熱部１２を介して外部に放熱されるほか、筒状金属基板１８から高熱伝導部材１４を介

してラッパ状金属放熱部１２に伝達され外部に放熱される。また、直流電源回路４から発生した熱は、筒状金属基板１８から高熱伝導部材１４を介してラッパ状金属放熱部１２に伝達され外部に放熱されるほか、筒状金属基板１８の内部の空間Ｘで生じる気体の対流により口金１を通じて外部に放熱されたり、筒状金属基板１８から空間Ｙに放熱されたりする。このようにして、ＬＥＤ素子１や直流電源回路４の熱が外部に放出され、ＬＥＤ素子１や直流電源回路４に使われている部品の許容温度を超えない範囲で使用されている。

【０００５】

また、このものを電球形状からスポットライトの形状にした場合は、図１０のようなものが考えられる。このＬＥＤ点灯装置は、ＬＥＤ素子１が実装されたＬＥＤ実装基板２と、商用電源を受けて所定の直流電圧を出力する直流電源回路４と、ＬＥＤ実装基板２と直流電源回路４とを収納する片面に開口を有した円筒状のカバー５とカバーの開口面に取付けられたレンズ７と、を備えて構成させている。

【０００６】

このＬＥＤ点灯装置を点灯させるとＬＥＤ素子１が光を放射し所定の光束が得られる。また、これと同時にＬＥＤ素子１や直流電源回路４からは、熱が発生する。しかし、ＬＥＤ素子１から発生した熱は、レンズ７とカバー５とＬＥＤ実装基板２との間に形成された空間で生じる気体の対流により、レンズ７とカバー５を介して外部に放熱されるほか、ＬＥＤ実装基板２からカバー５に伝達され外部に放熱されたり、ＬＥＤ実装基板２とカバー５と直流電源回路４との間に形成された空間Ｘで生じる気体の対流により、外部に放熱される。また、直流電源回路４から発生した熱は、前記と同様に空間Ｘで生じる気体の対流により、外部に放熱されるほか、直流電源回路４からカバー５に伝達され外部に放熱される。このようにして、ＬＥＤ素子１や直流電源回路４から発生した熱が外部に放出され、ＬＥＤ素子１や直流電源回路４に使われている部品の温度を所定の値に下げている。

【０００７】

さらに、直流電源回路４は、備えてはいないが、ＬＥＤ素子１から生じた熱を放熱するものとしては、特開２００２－９３２０６に開示されたもののように、ＬＥＤ素子１が実装されたプリント基板の裏面に絶縁シートを介して、アルミ放熱フィンなどの放熱手段を設けた構成のものがある。

【０００８】

【発明が解決しようとする課題】

ところが、上記したＬＥＤ点灯装置は、ＬＥＤ素子１と直流電源回路４とが、空間Ｘを介して互いに熱的に影響を及ぼしあっている。例えば、ＬＥＤ点灯装置の光出力を増加させるために、ＬＥＤ素子１の数を増やすことやＬＥＤ素子１に流す電流を増やすことなどを行うと、ＬＥＤ素子１の発熱量が増え、この熱が直流電源回路４に影響を及ぼすことがあった。また、直流電源回路４は、ＬＥＤ素子１に供給する電流を増加させる必要があるため、自身の発熱量が増え、この熱が、空間Ｘを介し金属基板１８やＬＥＤ実装基板２に伝わり、それに実装されたＬＥＤ素子１の温度を上げることがあった。

【０００９】

さらに、図１０のものにおいては、ＬＥＤ素子１の温度を下げるためにＬＥＤ実装基板２にアルミ放熱フィンなどの放熱手段を設けても空間Ｘの温度が上がってしまう。このため直流電源回路４の温度も上がってしまうので、直流電源回路４は、より熱的ストレスの強いものを使用する必要があった。

【００１０】

このようにＬＥＤ素子１の発熱量が増えるとその熱は、直流電源回路４に影響を及ぼし、また、直流電源回路４からの熱もＬＥＤ素子１に影響を及ぼし合ってしまう。従って、ＬＥＤ素子１から発生した熱を効率よく外部に放熱し、さらに、ＬＥＤ素子１と直流電源回路４とが、お互いに影響を及ぼしあうことの少ないものに改善する余地があった。

【００１１】

本発明は、上記事由に鑑みてなしたもので、その目的とするところは、ＬＥＤ素子から発生する熱をより効率良く外部に放熱することができ、直流電源回路への熱の影響も緩和で

きるＬＥＤ点灯装置を供給することにある。
【００１２】
【課題を解決するための手段】
請求項１に係る発明は、ＬＥＤ素子が実装されたＬＥＤ実装基板と、ＬＥＤ実装基板に設けられた放熱手段と、商用電源を受けて所定の直流電圧を出力する直流電源回路と、前記ＬＥＤ実装基板と放熱手段と直流電源回路とを収納するカバーと、を備えたＬＥＤ点灯装置において、前記放熱手段の熱をカバーに伝達し得る熱伝達手段を設けたことを特徴とする。
【００１３】
請求項２に係る発明は、請求項１において、前記熱伝達手段は、放熱手段の近傍に位置するカバーから連設された連設部であることを特徴とする。
【００１４】
請求項３に係る発明は、請求項１又は２において、前記カバーは、ＬＥＤ実装基板と放熱手段とを収納する光源部収納カバーと、直流電源回路を収納する電源部収納カバーと、により構成され、光源部収納カバーが熱伝達手段であることを特徴とする。
【００１５】
請求項４に係る発明は、請求項３において、前記光源部収納カバーの一部が放熱手段であることを特徴とする。
【００１６】
請求項５に係る発明は、請求項１乃至請求項４のいずれかにおいて、前記熱伝達手段は、ＬＥＤ実装基板に直接取付けられたことを特徴とする。
【００１７】
請求項６に係る発明は、至請求項５において、前記放熱手段とＬＥＤ素子とは、熱伝導性のよい接着剤を介して接合させたことを特徴とする。
【００１８】
【発明の実施の形態】
（第１の実施の形態）
本発明の第１の実施の形態を図１～図４を用いて説明する。図１はＬＥＤ点灯装置の断面図、図２は熱伝達手段の図で図２（ａ）は正面図、図２（ｂ）はその一部を切り欠いた側面図、図３はレンズの正面図、図４はＬＥＤ実装基板で図４（ａ）は正面図、図４（ｂ）は側面図である。
【００１９】
このＬＥＤ点灯装置は、ＬＥＤ素子１が実装されたＬＥＤ実装基板２と、ＬＥＤ実装基板２に設けられた放熱手段３と、商用電源を受けて所定の直流電圧を出力する直流電源回路４と、ＬＥＤ実装基板２と放熱手段３と直流電源回路４とを収納するカバー５とカバーの開口面に取付けられたレンズ７と、を備えて構成されている。
【００２０】
ＬＥＤ素子１は、チップ素子とワイヤーボンディングと蛍光体とからなる、順方向のＯＮ電圧が３．６Ｖの青色発光ダイオードである。チップ素子は、底面が０．５ｍｍ×０．５ｍｍで高さ０．３ｍｍの直方体で、下層の絶縁層と上層の半導体層とで形成されている。上層の半導体層には、その対角方向にアノードとカソードの電極が配置され、その各々からワイヤーボンディングにより、ＬＥＤ実装基板２に配線がなされている。
【００２１】
ＬＥＤ実装基板２は、熱伝導のよいプリント配線板を円板状に加工したもので１２ケのＬＥＤ素子１とこれを制御する電子部品２０（トランジスタ、抵抗、コンデンサ、ダイオードなどのチップ部品）がその一面に図４のように実装されている。このＬＥＤ実装基板２へのＬＥＤ素子１の実装をさらに詳しく述べると、ＬＥＤ素子１は、ＬＥＤ実装基板２に、チップ素子よりも深く、すり鉢状に設けられた窪みの底の部分に、接着剤を介して実装されている。つまりチップ素子の絶縁層が接着剤と接合されて実装される。そして、チップ素子を覆うように、光を青から白に変えることのできる蛍光体が、ＬＥＤ実装基板２に

設けられた窪みに充填されている。
【００２２】
放熱手段３は、アルミなどの金属材料をＬＥＤ実装基板２と略同等の円板状に加工したもので、ＬＥＤ素子１が放熱されやすいよう、ＬＥＤ実装基板２の裏面にＬＥＤ実装基板２と一体化して取付けられている。
【００２３】
直流電源回路４は、商用電源のＡＣ１００Ｖを入力して直流の２４Ｖを出力するもので、ＬＥＤ実装基板２と略同等の円板状をなしたプリント配線板に実装されている。また、カバー５は、樹脂材料により上方に開口部を有した略有底円筒状に形成され、その底面部の下側には商用電源を受ける電源端子台が設けられており、底面部の中央には、電源端子台からの電源線を引き込む孔が設けられている。そして、カバー５の底面部と開口との略中間部分には、直流電源回路４が取付けられ、その上方には、ＬＥＤ実装基板２と放熱手段３とがＬＥＤ実装面を上にして取付けられている。そして、カバー５の開口部には、レンズ７が取付けられている。
【００２４】
ここで重要なことは、放熱手段３の熱をカバーに伝達し得る熱伝達手段６を設けたことである。具体的には、この熱伝達手段６は、アルミなどの金属材料を加工したもので放熱手段３と直流電源回路４との間に設けている。そして、熱伝達手段６は、図２に示すように、放熱手段３より一回り大きい円板状をなし、その中央には直流電源回路４からの電源供給線を通すための孔が設けられた底板６ａと、底板６ａの周囲に立ち上がった壁部６ｂと、壁部６ｂの対向する位置に設けられたカバー５への取付け固定部６ｃと、により構成している。そして、熱伝達手段６の壁部６ｂ側の底板６ａには、ＬＥＤ実装基板２と一体化された放熱手段３を取付けている。
【００２５】
このように構成したＬＥＤ点灯装置を点灯させると、ＬＥＤ素子１が光を放射し所定の光束が得られる。また、これと同時にＬＥＤ素子１や直流電源回路４からは、熱が発生する。しかし、ＬＥＤ素子１から発生した熱は、レンズ７とカバー５とＬＥＤ実装基板２との間に形成された空間で生じる気体の対流により、レンズ７とカバー５を介して外部に放熱されるほか、ＬＥＤ実装基板２から放熱手段３を経由して、熱伝達手段６に伝わり、熱伝達手段６の壁部６ｂ並びに取付け固定部６ｃよりカバー５を通じて外部に放熱されたり、熱伝達手段６とカバー５と直流電源回路４との間に形成された空間Ｘで生じる気体の対流により、外部に放熱される。
【００２６】
この実施の形態によると、底板６ａの周囲に立ち上がった壁部６ｂを有した熱伝達手段６を取付け固定部６ｃによりカバー５に取付けることにより、従来、ＬＥＤ実装基板２を直接カバー５に取付けしていたものに比べ、カバー５との接触面積が増加するので、ＬＥＤ実装基板２からの熱は、より効率よくカバー５に伝達され放熱される、また、壁部６ｂをＬＥＤ素子側に設けたこと並びに放熱手段３と直流電源回路４との間に熱伝達手段６を設けたことにより、ＬＥＤ素子１からの熱が直流電源回路４に伝わりにくくなっている。この結果、ＬＥＤ素子１から発生する熱をより効率良く外部に放熱することができるので、ＬＥＤ素子１の温度が下がり、直流電源回路４への熱の影響も緩和できる。
なお、ＬＥＤ実装基板２にＬＥＤ素子１が貫通するＬＥＤ実装孔を設け、ＬＥＤ素子１を熱伝導性のよい接着剤を介して放熱手段３に接合し、実装してもよい。これにより、ＬＥＤ素子１の熱がよりすみやかに放熱手段３に伝わり、よりＬＥＤ素子１の温度を低くすることができる。
【００２７】
また、図５は、第１の実施の形態の応用例で、図はＬＥＤ点灯装置の断面図である。この応用例は、前述した、熱伝達手段６の構成を変えたものである。すなわち熱伝達手段６は、放熱手段３の近傍に位置するカバー５から連設された連設部により形成されている。そして、カバー５全体を熱伝導のよいアルミ材などの金属材料で構成している。この応用例

によると、構成部材の部品点数が削減でき、カバー５全体をアルミ材などの金属材料で構成したので、第１の実施の形態で説明したものよりＬＥＤ点灯装置としての放熱性が上がるので、ＬＥＤ素子１と直流電源回路４との温度をさらに下げることができる。

【００２８】

（第２の実施の形態）

本発明の第２の実施の形態を図６、図７を用いて説明する。図６はＬＥＤ点灯装置の断面図、図７は、このものを分離した側面図である。このものは、第１の実施の形態におけるカバー５の形状を変えたものである。図において、カバー５は、ＬＥＤ実装基板２と放熱手段３とを収納する光源部収納カバー５ａと、直流電源回路４を収納する電源部収納カバー５ｂと、により構成され、熱伝達手段６を光源部収納カバー５ａにて形成している。

【００２９】

光源部収納カバー５ａは、熱伝導のよいアルミ材などの金属材料により上方に開口部を有した略有底円筒状に形成され、その底面部の中央には直流電源回路４からの電源供給線を通すための孔が設けられている。そして、この底面部にＬＥＤ実装基板２と一体化された放熱手段３がＬＥＤ実装面を上にして取付けられている。また光源部収納カバー５ａの開口部には、レンズ７が取付けられている。

【００３０】

電源部収納カバー５ｂは、樹脂材料により上面部と底面部を有した略円筒状に形成され、底面部の下側には商用電源を受ける電源端子台が設けられており、その中央には、電源端子台からの電源線を引き込む孔が設けられている。そして、カバー５の内部、上方には、直流電源回路４が取付けられており、その中央には直流電源回路４の電源供給線を通すための孔が設けられている。その他の第１の実施の形態と同一の構成部材には同一符号を付すことにより説明を省略する。

【００３１】

このように構成されたＬＥＤ点灯装置を点灯させるとＬＥＤ素子１が光を放射し所定の照度が得られる。また、これと同時にＬＥＤ素子１や直流電源回路４からは、熱が発生する。しかし、ＬＥＤ素子１から発生した熱は、レンズ７とカバー５とＬＥＤ実装基板２との間に形成された空間で生じる気体の対流により、レンズ７とカバー５を介して外部に放熱されるほか、ＬＥＤ実装基板２から放熱手段３を経由して、光源部収納カバー５ａの底面部で形成された熱伝達手段６に伝わり、光源部収納カバー５ａを通じて外部に放熱される。

【００３２】

この実施の形態によると、従来、ＬＥＤ実装基板２を直接カバー５に取付けしていたものに比べ、カバー５との接触面積が増加するので、ＬＥＤ実装基板２からの熱は、より効率よくカバー５に伝達され外部に放熱される、従って、ＬＥＤ素子１の温度が下がり、直流電源回路４への熱の影響も緩和できる。また、ケース５をＬＥＤ実装基板２と放熱手段３とを収納する光源部収納カバー５ａと、直流電源回路４を収納する電源部収納カバー５ｂと、に分離したことにより、第１の実施の形態で説明したものよりもさらに、ＬＥＤ素子１からの熱が直流電源回路４に伝わりにくくなっている。

【００３３】

なお、図８は第２の実施の形態の応用例で、図はＬＥＤ点灯装置の断面図である。この応用例は、前述した、光源部収納カバー５ａの底面部を変えたものである。図において、光源部収納カバー５ａの底面部は、放熱手段３により構成され、これが光源部収納カバー５ａの側面に固定されている。

【００３４】

この応用例によると、光源部収納カバー５ａの放熱部材の使用量を削減できる。

【００３５】

【発明の効果】

請求項１記載の発明にあっては、ＬＥＤ素子が実装されたＬＥＤ実装基板と、ＬＥＤ実装基板に設けられた放熱手段と、商用電源を受けて所定の直流電圧を出力する直流電源回路

と、前記ＬＥＤ実装基板と放熱手段と直流電源回路とを収納するカバーと、を備えたＬＥＤ点灯装置において、前記放熱手段の熱をカバーに伝達し得る熱伝達手段を設けたことにより、ＬＥＤ実装基板とカバーとの接触面積が増加するので、ＬＥＤ素子から発生する熱がより効率よく外部に放熱される、この結果、ＬＥＤ素子の温度が下がり、直流電源回路への熱の影響も緩和することができる。
【００３６】
請求項２記載の発明にあっては、前記熱伝達手段は、放熱手段の近傍に位置するカバーから連設された連設部であることにより、請求項１に記載の効果を奏するうえに、構成部材の部品点数が削減できできる。
【００３７】
請求項３記載の発明にあっては、前記カバーは、ＬＥＤ実装基板と放熱手段とを収納する光源部収納カバーと、直流電源回路を収納する電源部収納カバーと、により構成され、光源部収納カバーが熱伝達手段であることにより、請求項１又は請求項２に記載の効果を奏するうえに、ＬＥＤ素子からの熱が直流電源回路に伝わりにくくなり、直流電源回路への熱の影響が緩和できる。
【００３８】
請求項４記載の発明にあっては、前記光源部収納カバーの一部が放熱手段であることにより、請求項３に記載の効果を奏するうえに、構成部材の部品点数が削減できできる。
【００３９】
請求項５記載の発明にあっては、前記熱伝達手段は、ＬＥＤ実装基板に直接取付けられたことにより、請求項１乃至請求項４に記載の効果を奏するうえにＬＥＤ素子からの熱の放熱性をさらに改善できる。
【００４０】
請求項６記載の発明にあっては、前記放熱手段とＬＥＤ素子とは、熱伝導性のよい接着剤を介して接合させたことにより、請求項５に記載した効果を奏するうえに、ＬＥＤ素子の熱がよりすみやかに放熱手段に伝わるようになる。
【図面の簡単な説明】
【図１】本発明の第１の実施の形態に係るＬＥＤ点灯装置の断面図である。
【図２】同上のＬＥＤ点灯装置の熱伝達手段を示す図で、図２（ａ）は正面図、図２（ｂ）は一部を切り欠いた側面図である。
【図３】同上のＬＥＤ点灯装置のレンズの正面図である。
【図４】同上のＬＥＤ点灯装置のＬＥＤ実装基板を示す図で、図４（ａ）は正面図、図４（ｂ）は側面図である。
【図５】同上のＬＥＤ点灯装置の応用例を示す断面図である。
【図６】本発明の第２の実施の形態に係るＬＥＤ点灯装置の断面図である。
【図７】同上のＬＥＤ点灯装置を分離した側面図である。
【図８】同上のＬＥＤ点灯装置の応用例を示す断面図である。
【図９】第１の従来例に係るＬＥＤ点灯装置の一部を切り欠いた側面図である。
【図１０】第２の従来例に係るＬＥＤ点灯装置の断面図である。
【符号の説明】
１　ＬＥＤ素子
２　ＬＥＤ実装基板
３　放熱手段
４　直流電源回路
５　カバー
５ａ　光源部収納カバー
５ｂ　電源部収納カバー
６　熱伝達手段
７　レンズ

【図１】


7
1
2
6b
6c
6
6a
3
X
5
電源端子台
4

【図２】


(a)
6b
6c
6c
6a
(b)
6c
1
2
6c
6b
6a
3

【図３】


7

【図４】


(a)
20
1
20
1
2
(b)
1
2
3
3

【図５】




【図７】




【図６】




【図８】




【図９】




【図１０】

