# Exhibit F

(19)日本国特許庁(JP)　(12)**公開特許公報(A)**　(11)特許出願公開番号

**特開2005-142137**
**(P2005-142137A)**

(43)公開日　**平成17年6月2日(2005.6.2)**

| (51)Int.Cl.7 | F I | | テーマコード（参考） |
|---|---|---|---|
| H05B 37/02 | H05B 37/02 | J | 3K072 |
| H01L 33/00 | H05B 37/02 | L | 3K073 |
| // H05B 41/282 | H01L 33/00 | J | 3K098 |
| H05B 41/392 | H05B 41/29 | B | 5F041 |
| | H05B 41/392 | L | |

審査請求 未請求 請求項の数 8 ＯＬ （全 13 頁）

(21)出願番号　特願2003-425034 (P2003-425034)
(22)出願日　平成15年12月22日 (2003.12.22)
(31)優先権主張番号　特願2003-355625 (P2003-355625)
(32)優先日　平成15年10月15日 (2003.10.15)
(33)優先権主張国　日本国(JP)

(71)出願人　000005832
松下電工株式会社
大阪府門真市大字門真１０４８番地
(74)代理人　100085615
弁理士　倉田　政彦
(72)発明者　迫　浩行
大阪府門真市大字門真１０４８番地
松下電工株式会社内

Fターム(参考)　3K072 AA19 AC20 CA03 DE02 HA10
3K073 AA54 AB01 AB02 BA09 CF10
CG10 CG45 CJ17
3K098 CC41 CC62 DD15 EE32
5F041 AA33 AA47 BB03 BB06 BB08
BB09 BB11 BB23 BB24 BB25
BB33 FF11

(54)【発明の名称】ＬＥＤ点灯装置

(57)【要約】
【課題】交流電源によりＬＥＤを点灯させる点灯装置において、ＬＥＤ照明の特徴である、発光部分の薄型化、小型化、放熱構造採用による高出力化による光出力増大を図りつつ、簡単な回路構成でＬＥＤ点灯に適した電源装置を実現する。
【解決手段】交流電源１を受けて直流電圧を出力する直流電源装置２と、前記直流電圧を受けて点灯されるＬＥＤ素子を実装したＬＥＤモジュール部３とで構成されたＬＥＤ点灯装置であって、前記ＬＥＤ素子は１個もしくは複数個で構成され、前記直流電源装置２に定電流機能を持たせた。直流電源装置２は出力電流を定電流化するためのフィードバック制御機能を有するスイッチング電源装置とすることが好ましい。また、定電流を所定のＯＮ・ＯＦＦ比で断続することにより調光制御すると良い。
【選択図】図１



【特許請求の範囲】
【請求項１】
交流電源を受けて直流電圧を出力する直流電源装置と、前記直流電圧を受けて点灯されるＬＥＤ素子を実装したＬＥＤモジュール部とで構成されたＬＥＤ点灯装置であって、前記ＬＥＤ素子は１個もしくは複数個で構成され、前記直流電源装置に定電流機能を持たせたことを特徴とするＬＥＤ点灯装置。
【請求項２】
請求項１において、前記直流電源装置の出力端または前記ＬＥＤモジュール部に直列にスイッチ素子を設け、該スイッチ素子をちらつきを感じない程度に高い周波数でＯＮ・ＯＦＦする間欠駆動手段と、前記スイッチ素子のＯＮ・ＯＦＦの比率を変えることでＬＥＤ素子に流れる実効電流を変化させて出力光を可変させる調光手段を設けたことを特徴とするＬＥＤ点灯装置。
【請求項３】
請求項２において、前記スイッチ素子の制御端子に接続されて前記スイッチ素子のＯＮ・ＯＦＦの比率を可変とするタイマー回路を有することを特徴とすることを特徴とするＬＥＤ点灯装置。
【請求項４】
請求項２において、外部より入力される調光信号を前記スイッチ素子のＯＮ・ＯＦＦ制御信号に変換する信号変換手段を備えることを特徴とするＬＥＤ点灯装置。
【請求項５】
請求項４において、外部より入力される調光信号は、デューティ可変の矩形波信号、または、レベル可変のＤＣ電圧、または、ＤＭＸ変換信号のいずれかであることを特徴とするＬＥＤ点灯装置。
【請求項６】
請求項２記載のＬＥＤモジュール部を複数並列接続し、前記直流電源装置は交流電源を整流平滑する回路部を共通化し、定電流直流出力側を各ＬＥＤモジュール部に個別のスイッチ素子を介して接続したことを特徴とするＬＥＤ点灯装置。
【請求項７】
請求項１または２記載の直流電源装置は、交流電源を整流する整流手段と、整流手段の出力に直列に接続されたスイッチング素子と、スイッチング素子を介して整流手段の出力に１次巻線を接続されたトランスと、トランスの２次巻線に接続された整流平滑手段と、整流平滑手段から前記ＬＥＤモジュール部に出力される電流を検出する電流検出手段と、電流検出手段の検出出力を受けて出力電流が略一定となるようにスイッチング素子のＯＮ・ＯＦＦを制御する制御回路とからなる１石式フォワード型スイッチング電源回路であることを特徴とするＬＥＤ点灯装置。
【請求項８】
請求項１または２記載の直流電源装置は、交流電源を整流する整流手段と、整流手段の出力に接続されたスイッチング素子とインダクタとダイオード及び平滑コンデンサよりなるチョッパ回路と、前記平滑コンデンサと出力端子の間に直列に挿入された電流検出手段と、電流検出手段の検出出力を受けて出力電流が略一定となるように前記スイッチング素子のＯＮ・ＯＦＦを制御する制御回路とを備えることを特徴とするＬＥＤ点灯装置。
【発明の詳細な説明】
【技術分野】
【０００１】
本発明は交流電源を用いてＬＥＤを点灯させるＬＥＤ点灯装置に関するものである。
【背景技術】
【０００２】
近年、青色ＬＥＤの商品化により、青色ＬＥＤと黄色蛍光体との組み合わせ、ＲＧＢの各色のＬＥＤの混合などにより白色の高輝度ＬＥＤが開発され、従来、表示などを主目的として使用していたＬＥＤを、照明用途に使用する動きが出てきている。その白色ＬＥＤ

を効率よく放熱しながら１個あたりの電流を大きく流したり、ＬＥＤの個数を増やしてトータルとして光出力を増大させる手段が最近よく用いられ、道路の信号灯、電車踏み切りの警報信号灯、スポット照明などに既に展開されている（特許文献１参照）。

【０００３】

ＬＥＤは電流駆動型の半導体素子であるため、ＬＥＤを点灯させようとする場合、所定の電流をＬＥＤに対して流す必要がある。一般的に青色ＬＥＤのＯＮ電圧は約３．５Ｖであるため、例えば５Ｖの直流電源でＬＥＤに定格電流２０ｍＡを流す場合、抵抗素子Ｒ＝（５－３．５）／０．０２＝７５オームのインピーダンスをＬＥＤに直列に接続しなければならない。

【０００４】

また、複数個のＬＥＤが直列に接続された場合にはそのＬＥＤの接続個数にＬＥＤのＯＮ電圧Ｖｆを掛け合わした電圧以上の直流電源が必要になり、前記と同様の計算で求めたインピーダンスを接続してＬＥＤに流れる電流を定格の電流に合わし込む必要がある。

【０００５】

しかし、ＬＥＤ素子はＯＮ電圧Ｖｆのばらつきが大きく、通常３．５Ｖに対して±１０％ぐらいの電圧範囲を有している。前記事例ではＯＮ電圧Ｖｆがばらつくことによりインピーダンスを接続してＬＥＤ電流も定格電流から大きくばらつくことになるので、ＬＥＤの温度上昇の変動が大きく、ＬＥＤの寿命に大きく影響してくる。

【０００６】

そのため、ＯＮ電圧Ｖｆのばらつきを考慮して定格電流までは流さず、ＯＮ電圧Ｖｆのばらつきの下限条件を考慮して限流抵抗値を上げて少なめの電流設定にしたり、ＬＥＤ電流がある一定以上増加しない定電流が流れるような回路構成をとってＬＥＤの温度低減を図り、寿命を確保している。

【０００７】

一般にＬＥＤ１個、もしくは複数のＬＥＤモジュールを点灯させるためには直流電圧が必要になってくるため、市販の直流電源装置、電池手段などが用いられている。また、ＬＥＤを複数個並べて用いるスタンド照明、常夜灯、足元灯など直接交流電源から給電される照明器具では、照明器具の内部に整流器、必要に応じて平滑手段、限流手段、制御回路手段を構成してＬＥＤ素子に電流を流して点灯させている。

【０００８】

ＬＥＤは一般的に長寿命であることが認識されているため、寿命末期時の不点灯の際に、ＬＥＤを交換する必要が無いことなどから、前記照明器具においてはＬＥＤ素子、モジュール、回路部が器具内部に一体構成されている。

【０００９】

近年、ＬＥＤ素子メーカー、セットメーカーからＬＥＤを複数個構成したＬＥＤモジュール（ＬＥＤ実装基板部のこと）が光源用途として商品化されている。それらの商品を購入して照明装置、照明器具を構成した場合、直流電源電圧を数Ｖ～数十Ｖまで自由に設定できる前記した直流電源装置を点灯回路部に採用する手段が一般的であるが、直流電源装置は１２Ｖ、２４Ｖなど標準的な電圧設定された定電圧出力が一般的であり、ＬＥＤ素子、もしくはＬＥＤ実装基板部に定電流を流すように制御するＬＥＤ点灯回路部が必要になってくる。

【００１０】

その従来の回路構成例を図７に示す。この例では、ＬＥＤ実装基板部３を点灯させるために照明装置、照明器具の中に直流電源装置２ａ、ＬＥＤ点灯回路２ｂの２つの回路部を構成しなければならない。

【００１１】

また、ＬＥＤ実装基板部にＬＥＤ点灯回路を構成して市販の直流電源装置と組み合わせて照明器具を構成している例を図８に示す。この例では、ＬＥＤ実装基板部３ａに定電流回路を搭載してあり、直流電圧を接続することでＬＥＤに定格電流を流すことが出来るので、市販の電源装置（例えば、図９に示すような定電圧出力型の直流電源）との組み合わ

せ、電池との組み合わせが容易に出来ることから有効な手段として採用されている。
【００１２】
しかし、このような（定電流回路要素を取り込んだ）ＬＥＤ実装基板部３ａは、図１０に示すようなＬＥＤ定電流回路（抵抗Ｒ１～Ｒ６とトランジスタＱ１～Ｑ５）が必要になってくるため、ＬＥＤモジュール部３ａの基板部の大型化、部品点数の増加、コストアップとなり、ＬＥＤを用いた光源の特徴である、光源部の小型化、薄型化の目的が達成出来なくなる恐れがある。
【００１３】
また、ＬＥＤ実装基板部のＬＥＤに大電流を流したり、ＬＥＤを複数個高密度実装したりしてＬＥＤ部の発熱が上昇する場合には、ＬＥＤ実装基板部の裏側にアルミ板もしくは銅板などを貼り付けて放熱構造をとった場合に、ＬＥＤ実装面でＬＥＤ素子以外の回路部品を実装する場所を確保出来ないといった問題がある。
【特許文献１】特開２００３－３０７８５号公報
【発明の開示】
【発明が解決しようとする課題】
【００１４】
そこで、本発明は上述の問題点に対して、ＬＥＤ素子もしくは複数のＬＥＤ素子を一つの光源としたＬＥＤモジュール部を有した照明装置、照明器具において、ＬＥＤ実装基板部にはＬＥＤ素子と最小限の部材を実装するだけで、ＬＥＤ照明の特徴である、薄型化、小型化、放熱構造採用による高出力化による光出力増大を図り、しかも、商用交流電源を受けて直流出力を供給する直流電源装置に定電流機能を持たせることで、定電圧直流電源装置と定電流機能の２つの回路構成が必要でなくなり、また、ＬＥＤモジュールの仕様も例えば１２ＶのＬＥＤモジュール、２４ＶのＬＥＤモジュールの複数のＬＥＤモジュールを一つの定電流電源装置で対応出来るようなＬＥＤ点灯装置を提案するものである。
【課題を解決するための手段】
【００１５】
本発明によれば、上記の課題を解決するために、図１に示すように、交流電源１を受けて直流電圧を出力する直流電源装置２と、前記直流電圧を受けて点灯されるＬＥＤ素子を実装したＬＥＤモジュール部３とで構成されたＬＥＤ点灯装置であって、前記ＬＥＤ素子は１個もしくは複数個で構成され、前記直流電源装置２に定電流機能を持たせたことを特徴とするものである。
【発明の効果】
【００１６】
本発明によれば、交流電源を受けて直流出力を供給する直流電源装置に定電流機能を持たせることで、定電圧直流電源装置と定電流機能の２つの回路構成が必要でなくなり、また、光源となるＬＥＤモジュール部には、ＬＥＤ素子と最小限の部材を実装するだけで良いので、ＬＥＤを用いた照明装置の特徴である薄型化、小型化、放熱構造採用による高出力化による光出力増大を実現でき、しかも、仕様の異なる複数のＬＥＤモジュールに対して一つの定電流電源装置で対応出来る効果がある。また、ＬＥＤモジュールを定電流制御することで、ＬＥＤ素子のオン電圧のばらつき等によりＬＥＤ電流が変化することを防止し、ＬＥＤ素子の温度上昇を回避し所定の温度に設定することで寿命劣化を抑え、ＬＥＤの光減退による器具寿命短縮を防止できる効果がある。
【００１７】
請求項２～６の発明によれば、直流電源装置とＬＥＤモジュール部の間にスイッチ素子が接続され、そのスイッチ素子をＯＮ・ＯＦＦ制御することでＬＥＤモジュール部の実効電流を可変制御することで調光制御することができる。
請求項７、８の発明によれば、直流電源装置として、スイッチング電源タイプの定電流電源装置を用いたので、図１０の従来例のような非スイッチング電源タイプの定電流電源装置を用いる場合に比べると、電源装置の発熱量が少なく、照明器具としての発光効率が高くなる効果もある。

【００１８】
請求項８の発明によれば、チョッパ型の直流電源装置を用いたので、従来のコンデンサ入力型の直流電源装置を用いる場合に比べて、商用交流電源からの入力電流歪みを低減することができると共に、入力電流の休止期間を無くすことができるので、入力力率を改善することができるという効果がある。特に、降圧チョッパ型の直流電源装置を用いた場合には、ＬＥＤモジュール部のトータルの駆動電圧が商用電源電圧よりも低いときに、図１０の従来例のような非スイッチング電源タイプの定電流電源装置を用いる場合に比べて、回路効率が大幅に改善されるという格別に優れた効果がある。

【発明を実施するための最良の形態】

【００１９】
図１に本発明の基本回路構成を示す。交流電源１を整流ブリッジＤＢにて整流してその直流電圧を受けて、直流電圧変換回路２１と電流検出手段２２を用いた定電流電源回路２０を構成したことが特徴である。前記整流ブリッジＤＢと定電流電源回路２０が定電流直流電源装置２を構成している。この定電流直流電源装置２が照明装置、照明器具本体であり、ＬＥＤモジュール部３（ＬＥＤ実装基板部）を搭載したＬＥＤ点灯部を組み込むことで照明装置、ＬＥＤ照明器具を構成することが出来る。

【００２０】
本発明の構成であれば、ＬＥＤモジュール部はＬＥＤ接続数により決まる電圧に影響されずに複数のＬＥＤモジュール部を一つの照明装置、照明器具で点灯できる特徴を有している。また、照明装置、照明器具を別置型としてＬＥＤモジュール部を切り離して構成することによりＬＥＤモジュール部を薄型化、小型化でき、ＬＥＤを用いた光源の特徴を十分に活用出来る。
以下の実施例では、定電流電源回路２０について具体的な回路構成例で説明する。

【実施例１】

【００２１】
本発明の実施例１における定電流電源回路２０の構成を図２に示す。本実施例では、定電流電源回路２０として、ＩＰＤ制御回路２３を採用した１石式フォワード型ＤＣ－ＤＣコンバータ回路を用いている。ここで、ＩＰＤ（インテリジェントパワーデバイス：松下製）とは、スイッチング素子とその制御回路とを集積化したものであり、帰還入力端子としてのコントロール端子の電圧が略一定となるように、出力端子間のＯＮ・ＯＦＦを制御できるようにしたスイッチング電源用のパワー素子である。

【００２２】
平滑コンデンサＣ０は図１のコンデンサＣ０に対応しており、商用交流電源１を整流ブリッジＤＢにて全波整流した直流電圧が充電される。コンデンサＣ０の正極には、トランスＴ１の１次巻線を介してＩＰＤ制御回路２３が接続されている。トランスＴ１の２次側に設けられた出力巻線にはダイオードＤ１を介してコンデンサＣ１が接続されている。トランスＴ１の２次側に設けられた検出巻線にはダイオードＤ２を介してコンデンサＣ２が接続されている。コンデンサＣ２はフォトカプラＰＣの受光素子を介してＩＰＤ制御回路２３のコントロール端子に接続されている。コンデンサＣ１には抵抗Ｒ１を介して出力端子が接続されている。抵抗Ｒ１の両端には、抵抗Ｒ２とフォトカプラＰＣの発光素子とツェナーダイオードＺＤ３の直列回路が並列接続されている。抵抗Ｒ１，Ｒ２とツェナーダイオードＺＤ３及びフォトカプラＰＣは電流検出手段２２を構成しており、コンデンサＣ１から出力端子を介して図１のＬＥＤモジュール部３に出力される電流を検出している。この電流検出手段２２により検出される電流が略一定となるように、ＩＰＤ制御回路２３はトランスＴ１の１次巻線に流れる電流をＯＮ・ＯＦＦ制御する。なお、トランスＴ１の１次巻線の両端には、過電圧防止用のツェナーダイオードＺＤ１，ＺＤ２の逆直列回路が並列接続されている。

【００２３】
このように、本実施例では、１石式のフォワード型回路で定電流電源回路を構成しており、トランスＴ１の２次側に設けられた検出巻線と出力端子に設けられた電流検出手段２

２で検出したフィードバック信号をＩＰＤ制御回路２３のコントロール端子に入力して定電流駆動の制御回路を構成している。
【実施例２】
【００２４】
本発明の実施例２における定電流電源回路２０の構成を図３に示す。本実施例では、定電流電源回路２０として、上述のＩＰＤ制御回路２３を採用した降圧コンバータ回路を用いている。実施例１と同じくＩＰＤ制御回路２３を用いているが、本実施例では、フィードバック回路に非絶縁方式の回路構成を採用している。つまり、実施例１ではＩＰＤ制御回路２３のコントロール端子に電圧フィードバックをかけるところを、本実施例では、検出抵抗Ｒ２に流れる電流を電圧変換してＩＰＤ制御回路２３のコントロール端子に帰還入力させている。
【００２５】
平滑コンデンサＣ０は図１のコンデンサＣ０に対応しており、商用交流電源１を整流ブリッジＤＢにて全波整流した直流電圧が充電される。コンデンサＣ０の正極には、ＩＰＤ制御回路２３を介してインダクタＬ１の一端が接続されている。インダクタＬ１の他端は出力側の平滑コンデンサＣ３の正極に接続されている。コンデンサＣ０とＣ３の負極はダイオードＤ２のアノードに接続されている。ダイオードＤ２のカソードはインダクタＬ１の前記一端に接続されている。ＩＰＤ制御回路２３がＯＮすると、コンデンサＣ０からインダクタＬ１を介してコンデンサＣ３に電流が流れる。ＩＰＤ制御回路２３がＯＦＦすると、インダクタＬ１の蓄積エネルギーによる回生電流がコンデンサＣ３とダイオードＤ２を介して流れる。ＩＰＤ制御回路２３のＯＮ・ＯＦＦのタイミングは、ＩＰＤ制御回路２３のコントロール端子の印加電圧に応じて可変とされる。ＩＰＤ制御回路２３のコントロール端子にはコンデンサＣ１と抵抗Ｒ１の直列回路とコンデンサＣ２の並列回路よりなるフィルタ回路が接続されており、コンデンサＣ３から出力端子を介して流れる出力電流を抵抗Ｒ２により電圧変換した信号がダイオードＤ１を介して帰還されている。出力端子には、図１のＬＥＤモジュール部３が接続され、定電流が供給される。
【実施例３】
【００２６】
本発明の実施例３における定電流電源回路２０の構成を図４に示す。図１の整流ブリッジＤＢの出力端には、インダクタＬ１とスイッチング素子Ｑ１の直列回路が接続されており、スイッチング素子Ｑ１の両端には、ダイオードＤ１を介して平滑コンデンサＣ０が接続されている。スイッチング素子Ｑ１はＭＯＳＦＥＴよりなり、制御回路２４により高周波でＯＮ・ＯＦＦ制御される。そのスイッチング周波数は商用交流電源１の周波数よりも高く設定される。スイッチング素子Ｑ１がＯＮすると、図１の整流ブリッジＤＢの直流出力端から、インダクタＬ１、スイッチング素子Ｑ１を介して電流が流れて、インダクタＬ１にエネルギーが蓄積される。スイッチング素子Ｑ１がＯＦＦすると、図１の整流ブリッジＤＢの直流出力端から、インダクタＬ１、ダイオードＤ１を介して平滑コンデンサＣ０に電流が流れて、インダクタＬ１の蓄積エネルギーが放出される。インダクタＬ１の２次巻線出力によりインダクタＬ１の蓄積エネルギーがゼロになるタイミングを検出し、スイッチング素子Ｑ１をＯＮにする。また、出力電流を抵抗Ｒ２により電圧変換してダイオードＤ２を介して制御回路２４のコントロール端子に入力して電流フィードバック構成としており、出力電流が略一定となるように、スイッチング素子Ｑ１のＯＮ期間を制御するものである。
【００２７】
この回路構成においては、整流ブリッジＤＢの出力に平滑コンデンサＣ０を直結するコンデンサ入力型の直流電源装置を用いる場合に比べると、商用交流電源１からの入力電流歪みを低減することができると共に、入力電流の休止期間を無くすことができるので、入力力率を改善することができる。
【００２８】
また、本実施例では、昇圧チョッパの構成を用いているので、多数のＬＥＤが直列に接

続されたＬＥＤモジュール部３をさらに複数個直列に接続して駆動する場合にも対応できる。

【実施例４】

【００２９】

本発明の実施例４における定電流電源回路２０の構成を図５に示す。図１の整流ブリッジＤＢの直流出力端の正極には、スイッチング素子Ｑ１を介してインダクタＬ１の一端が接続されている。インダクタＬ１の他端は出力側の平滑コンデンサＣ０の正極に接続されている。コンデンサＣ０の負極は整流ブリッジＤＢの直流出力端の負極とダイオードＤ１のアノードに接続されている。ダイオードＤ１のカソードはインダクタＬ１の前記一端に接続されている。スイッチング素子Ｑ１はＭＯＳＦＥＴよりなり、制御回路２４により高周波でＯＮ・ＯＦＦされる。そのスイッチング周波数は商用交流電源１の周波数よりも高く設定される。スイッチング素子Ｑ１がＯＮすると、整流ブリッジＤＢの直流出力端からインダクタＬ１を介してコンデンサＣ０が充電される。スイッチング素子Ｑ１がＯＦＦすると、インダクタＬ１の蓄積エネルギーによる回生電流がコンデンサＣ０とダイオードＤ１を介して流れる。また、出力電流を抵抗Ｒ２により電圧変換してダイオードＤ２を介して制御回路２４のコントロール端子に入力して電流フィードバック構成としており、出力電流が略一定となるように、スイッチング素子Ｑ１のＯＮ・ＯＦＦを制御するものである。

【００３０】

この回路構成においても、整流ブリッジＤＢの出力に平滑コンデンサＣ０を直結するコンデンサ入力型の直流電源装置を用いる場合に比べると、商用交流電源１からの入力電流歪みを低減することができると共に、入力電流の休止期間を無くすことができるので、入力力率を改善することができる。

【００３１】

また、本実施例では、整流ブリッジＤＢの出力にインダクタＬ１を介して平滑コンデンサＣ０が接続されていることにより、電源投入時に平滑コンデンサＣ０の電圧が低い期間にスイッチング素子Ｑ１がＯＮしてもインダクタＬ１により突入電流が緩和されるという効果もある。

【００３２】

さらに、本実施例では、降圧チョッパの構成を用いているので、例えば、１２ＶのＬＥＤモジュールや２４ＶのＬＥＤモジュールを１個だけ商用交流電源により点灯駆動するような用途においても、大きな電圧降下ロスを伴うことなく、駆動することができる。すなわち、図１０に例示したような非スイッチングタイプの定電流電源回路では、１２ＶのＬＥＤモジュールや２４ＶのＬＥＤモジュールを１個だけ商用交流電源により点灯駆動するような場合には、大きな電圧降下ロスを伴うことになるが、本実施例では、スイッチング電源を用いているので、電圧降下ロスが少なくて済み、例えば、寝室の常夜灯、足元灯などの小電力の用途に適用した場合に、特に効率が良いものとなる。

【実施例５】

【００３３】

本発明の実施例５における定電流電源回路２０の構成を図６に示す。図１の整流ブリッジＤＢの直流出力端には、スイッチング素子Ｑ１とインダクタＬ１の直列回路が接続されており、インダクタＬ１の両端にはダイオードＤ１を介して平滑コンデンサＣ０が接続されている。スイッチング素子Ｑ１はＭＯＳＦＥＴよりなり、制御回路２４により高周波でＯＮ・ＯＦＦされる。そのスイッチング周波数は商用交流電源１の周波数よりも高く設定される。スイッチング素子Ｑ１がＯＮすると、整流ブリッジＤＢの直流出力端にインダクタＬ１が接続されて、インダクタＬ１に電磁エネルギーが蓄積される。スイッチング素子Ｑ１がＯＦＦすると、インダクタＬ１の蓄積エネルギーによる逆起電圧が発生し、インダクタＬ１からダイオードＤ１を介してコンデンサＣ０が充電される。このとき、コンデンサＣ０は整流ブリッジＤＢの直流出力端の極性とは逆極性となるように充電される。また、出力電流を抵抗Ｒ１により電圧変換して、抵抗Ｒ２、ツェナーダイオードＺＤ３、絶縁

手段としてのフォトカプラＰＣを介して制御回路２４のコントロール端子に帰還入力して電流フィードバック構成としており、出力電流が略一定となるように、スイッチング素子Ｑ１のＯＮ・ＯＦＦを制御するものである。
【００３４】
　この回路構成においても、整流ブリッジＤＢの出力に平滑コンデンサＣ０を直結するコンデンサ入力型の直流電源装置を用いる場合に比べると、商用交流電源１からの入力電流歪みを低減することができると共に、入力電流の休止期間を無くすことができるので、入力力率を改善することができる。
【００３５】
　また、整流ブリッジＤＢの出力から平滑コンデンサＣ０に直接的に電流が流れ込む経路が無いので、電源投入時の突入電流を無くす効果もある。
【００３６】
　さらに、本実施例では、昇降圧チョッパの構成を用いているので、ＬＥＤモジュールの駆動電圧が高くても低くても広範囲に対応することができ、例えば、１個のＬＥＤを点灯する用途にも対応できるし、多数のＬＥＤが直列に接続されたＬＥＤモジュールをさらに複数個直列に接続して駆動する場合にも対応できる効果がある。
【００３７】
　つまり、ＬＥＤ素子の数に影響されずに一定の電流が流れるので、例えば、ＬＥＤ個数が１０個まで対応できる電源回路１台で１～１０台までの任意のＬＥＤ個数に対応した照明器具展開が出来る。以下の実施例では、さらにその特徴を有しながら、ＬＥＤモジュール部に直列に接続されたスイッチ素子のＯＮ・ＯＦＦデューティ比を可変させて調光制御出来る回路構成について説明する。
【実施例６】
【００３８】
　図１１に調光制御の基本回路構成を示す。本実施例では図１の基本構成において、ＬＥＤモジュール部３の複数のＬＥＤ素子に直列にスイッチ素子Ｑを接続し、そのスイッチ素子ＱのＯＮ・ＯＦＦでＬＥＤモジュール部３に流れる実効電流を制御するものである。スイッチ素子Ｑは、例えば、ＭＯＳＦＥＴよりなり、そのＯＮ・ＯＦＦ制御を光のちらつきが目立たない程度に高い周波数で行い、ＯＮ・ＯＦＦの比率を変えることで、ＬＥＤに流れる実効電流を可変させて、ＬＥＤモジュール部３の調光制御を行うことが出来るものである。
【００３９】
　具体的にスイッチ素子ＱをＯＮ・ＯＦＦさせるタイマー回路の構成例を図１２に示す。この回路はコンパレータＣＰと抵抗Ｒ１～Ｒ４、ＲＬ及びコンデンサＣを用いて無安定マルチバイブレータを構成した例である。抵抗Ｒ１を可変するとＯＮ区間が変わり、抵抗Ｒ２を可変するとＯＦＦ区間が変わる制御を行うことが出来る。この信号を図１１のスイッチ素子ＱとなるＭＯＳＦＥＴのゲート信号$Ｖ_{Ｇ}$として入力し、前記抵抗Ｒ１を回転式もしくはスライド式の可変抵抗（ボリューム）として照明器具の外部に設けて回転させて、前記ＭＯＳＦＥＴのＯＮ区間を制御することで、ＬＥＤモジュール部を用いた光出力可変型の照明器具を構成することが出来る。この場合、前記したようにＬＥＤ電流を一定制御できるため、ＬＥＤ素子の電気特性の影響による電流ばらつきも無く、安定した光出力と、ＬＥＤ素子の寿命を確保出来る。また、例えばＬＥＤの個数を１０個までの任意の個数（１～１０個）に設定しても同じ定電流を流しつつ、調光出来る。
【００４０】
　図１２のタイマー回路ではＯＮ区間、ＯＦＦ区間を変化させる例であるが、周期が一定でＯＮ・ＯＦＦの比率を変えるデューティ制御手段でも同じ効果を得ることが出来る。また、図１２のタイマー回路の抵抗Ｒ２を可変させ、ＯＮ区間を一定にしたままＯＦＦ区間を変えてＬＥＤ素子の電流実効値を変化させて調光制御することも出来る。
【００４１】
　本実施例は、実施例１～５の特徴を活かしながら、調光制御するための手段として有効

な手段である。その他の調光手段、例えば、電圧振幅を変化させる手段は定電流回路方式では非常に難しい制御が必要である。また、電流自身を変化させると定電流制御でなくなることから、ＬＥＤ素子のＶｆのばらつきによるＬＥＤ電流のばらつきなどを抑制することが出来無くなる。また、ＬＥＤ素子の数に影響されずに１つの電源で１個～複数個の任意の個数のＬＥＤ直列回路に同じ電流を流す定電流回路の特徴を活かすことが出来なくなる。

【実施例７】

【００４２】

図１３に実施例７の構成を示す。本実施例では調光制御するためのスイッチ素子Ｑを電源側に構成している点が図１１の実施例とは異なり、ＬＥＤモジュール部３にはＬＥＤ素子が直列接続されているのみである。電源側にスイッチ素子Ｑを設けることによりＬＥＤモジュール部の部品点数が少なくて済み、ＬＥＤモジュール部の灯具を小さくすることが出来るので、小型・薄型の照明器具が実現出来る特徴を有している。また、電源部に調光制御回路部（図１２参照）を設けることにより更にＬＥＤモジュール部の灯具が小さく、器具配線なども少なくて済み、照明器具の小型化、低コスト化が図れる特徴も有している。

【００４３】

図１３の直流電源装置２における定電流電源回路２０の具体回路構成例を図１４に示す。この定電流電源回路２０の構成は図２に示した実施例１と同様であり、その出力端子と直列にスイッチ素子Ｑが接続されている点のみが異なる。スイッチ素子Ｑは、光のちらつきが目立たない程度に高い周波数（例えば、数百Ｈｚ～数ＫＨｚ）でＯＮ・ＯＦＦし、そのＯＮ・ＯＦＦの比率を変えることで、ＬＥＤに流れる実効電流を可変させて、ＬＥＤモジュール部３の調光制御を行うことが出来るものである。そして、スイッチ素子ＱがＯＮである期間においては、電流検出手段２２により検出される電流が略一定となるように、ＩＰＤ制御回路２３はトランスＴ１の１次巻線に流れる電流をＯＮ・ＯＦＦ制御する。ＩＰＤ制御回路２３によるスイッチング周波数は、スイッチ素子Ｑのスイッチング周波数に比べて十分に高く、例えば、数十～数百ＫＨｚ程度とする。このように高い周波数を用いることで、トランスＴ１は小型化することができる。

【実施例８】

【００４４】

図１５に実施例８の構成を示す。本実施例では、ＬＥＤモジュール部３－１，３－２を複数並列接続し、直流電源装置は交流電源１を整流平滑する回路部（整流器ＤＢと平滑コンデンサＣ０）を共通化し、定電流電源回路２０－１，２０－２は個別に設けて、その定電流直流出力側を各ＬＥＤモジュール部３－１，３－２に個別のスイッチ素子Ｑ－１，Ｑ－２を介して接続したことを特徴とするものである。定電流電源回路を構成するためには電流検出手段により電流検出を行い、直流電圧変換回路の制御手段に電流フィードバックをかけて負荷に流れる電流を一定に制御するので、負荷が並列に接続された場合など、それぞれの負荷に流れる電流を定電流制御するとなると、図１５に示すように、２つ以上の直流電圧変換回路２１－１，２２－２を接続し、それぞれ個別に電流検出手段２２－１，２２－２を設けて定電流制御を行う必要がある。並列接続された２列のＬＥＤモジュール部３－１，３－２に対して１つの直流電圧変換回路にて定電流制御を行おうとすると、２列の合計電流の定電流化は出来るが、それぞれのＬＥＤモジュール部の電流を一定に制御することは出来ないため、２つの独立した回路が必要となる。なお、スイッチ素子Ｑ－１，Ｑ－２はＬＥＤモジュール部３－１，３－２に設けても良いし、定電流電源回路２０－１，２０－２に設けても良い。本実施例では、交流電源部の雑音防止回路、フューズ、雷サージ対策用のＺＮＲ、整流器ＤＢ、平滑コンデンサＣ０、必要であれば、入力高調波歪改善回路、平滑コンデンサへの突入電流抑制回路などを共通化出来る利点がある。

【実施例９】

【００４５】

図１６に実施例９の構成を示す。本実施例では、上述の実施例７において、外部から調

光信号を受けてスイッチ素子ＱのＯＮ・ＯＦＦ制御信号に変換する信号変換回路２５を設けたものである。外部から入力される調光信号としては、例えば、図１７に示すように周波数が一定でデューティ可変の矩形波信号（周波数：１ＫＨｚ、ＤＣ電圧振幅：１０Ｖ）が用いられる。この調光信号を誤接続防止用の整流器ＤＢ２を介して入力し、入力電圧をフォトカプラＰＣにて絶縁し、２段のトランジスタＴｒ１，Ｔｒ２にて波形改善を行い、入力された矩形波信号とデューティ比が同じ信号にてスイッチ素子ＱをＯＮ・ＯＦＦ制御する。

【００４６】

本実施例によれば、ＬＥＤ照明器具の外部に設けた調光器、例えば、外部壁スイッチや制御装置などから調光信号を送ることで、遠隔操作により調光制御が出来る特徴を有している。

【００４７】

また、図１８に示すように、外部からの調光信号として、例えば１Ｖから１０Ｖまで可変とされたＤＣ電圧を入力し、その電圧を受けて、タイマー回路ＩＣ１によりＯＮ・ＯＦＦ比可変のデューティ信号に変換してＬＥＤモジュール部３に直列に接続されたスイッチ素子ＱをＯＮ・ＯＦＦ制御して調光制御しても良い。また、外部からの調光信号がアドレスを持ったＤＭＸ変換信号などの場合でも、その変換信号を最終的にデューティ可変の矩形波信号に変換してＬＥＤモジュール部３に直列に接続されたスイッチ素子ＱをＯＮ・ＯＦＦ制御することで調光制御するようにしても良い。

【実施例１０】

【００４８】

図１９に実施例１０の構成を示す。図１９においては、図８の従来例に示した定電圧電圧回路２ａ（図９参照）と、定電流機能を持ったＬＥＤモジュール部３ａ（図１０参照）との組み合わせにおいて、定電流機能を達成するトランジスタＱ１～Ｑ４のベース端子をスイッチ素子ＱにてＯＮ・ＯＦＦ制御することで調光制御することを特徴としている。本実施例は実施例６～９とは異なり、定電流機能をＬＥＤモジュール部３ａに有するＬＥＤ点灯装置において定電流機能を有しながら調光制御出来る回路手段である。

【００４９】

なお、調光制御の実施例６～１０の直流電圧変換回路として、図１４で示したフライバック型電源を例示したが、図３のＩＰＤを用いた非絶縁タイプの降圧チョッパ回路構成でもよく、図４～図６のチョッパ回路構成でも良く、ＤＣ－ＤＣコンバータの構成であれば特に限定しないことは言うまでもない。また、スイッチ素子ＱがＯＦＦである期間には、定電流化のためのフィードバック制御を実質的に休止し、スイッチ素子ＱがＯＮである期間には、定電流化のためのフィードバック制御を再開するように構成しても良い。

【産業上の利用可能性】

【００５０】

本発明は、ＬＥＤを用いた照明装置、照明器具、例えば、ＬＥＤを複数個並べて用いるスタンド照明、常夜灯、足元灯、道路の信号灯、電車踏み切りの警報信号灯、スポット照明などに利用できる。

【図面の簡単な説明】

【００５１】

【図１】本発明の基本構成を示す回路図である。
【図２】本発明の実施例１の要部回路図である。
【図３】本発明の実施例２の要部回路図である。
【図４】本発明の実施例３の要部回路図である。
【図５】本発明の実施例４の要部回路図である。
【図６】本発明の実施例５の要部回路図である。
【図７】従来のＬＥＤ点灯装置の概略構成図である。
【図８】従来の他のＬＥＤ点灯装置の概略構成図である。
【図９】従来の定電圧出力型の電源回路を示す回路図である。

【図１０】従来の非スイッチング型の定電流電源回路を示す回路図である。
【図１１】本発明の実施例６の回路図である。
【図１２】本発明の実施例６に用いるタイマー回路の回路図である。
【図１３】本発明の実施例７の回路図である。
【図１４】本発明の実施例７の要部回路図である。
【図１５】本発明の実施例８の回路図である。
【図１６】本発明の実施例９の回路図である。
【図１７】本発明の実施例９に用いる調光信号を例示する波形図である。
【図１８】本発明の実施例９の一変形例の要部回路図である。
【図１９】本発明の実施例１０の回路図である。
【符号の説明】
【００５２】
１　商用交流電源
２　直流電源装置
２０　定電流電源回路
２１　直流電圧変換回路
２２　電流検出手段
３　ＬＥＤモジュール部
Ｑ　スイッチ素子

【図１】




【図２】




【図３】




【図４】



【図５】




【図７】




【図６】




【図８】




【図９】




【図１１】




【図１０】




【図１２】



【図１３】




【図１４】




【図１５】




【図１６】




【図１７】




【図１８】




【図１９】

