# Exhibit H

Be the first! Get the latest news and updates



# Philips Lighting is now Signify

May 16, 2018

**Somerset, New Jersey –** Signify (Euronext: LIGHT), the world leader in lighting, has today launched its new company name, following the amendment of the company's articles of association changing its name from Philips Lighting to Signify.

> "The choice of our new company name originates from the way light has become an intelligent language, which connects and conveys meaning. It is a clear expression of our strategic vision and purpose to unlock the extraordinary potential of light for brighter lives and a better world."

**Eric Rondolat**
CEO, Signify

Signify will continue to use the Philips brand for its products under the existing licensing agreement with Royal Philips. The company expects the name change to be implemented in all the countries where it is active by the beginning of 2019.

Founded as Philips in Eindhoven, the Netherlands, we've led the lighting industry with innovations that serve professional and consumer markets for more than 127 years. In 2016, we spun off from Philips, becoming a separate company, listed on Amsterdam's Euronext Stock Exchange. We were included in the benchmark AEX index in March 2018.

With operations in more than 70 countries and 32,000 people worldwide, Signify generated sales of EUR 7 billion and invested EUR 354 million in Research and Development in 2017.

"We are driven by the principle that light is essential," Eric Rondolat added. "And by connecting it to networks, software and cloud computing, we open the door to a smarter world where light delivers value beyond illumination."

News from Signify is located at the Newsroom, Twitter and LinkedIn. Information for investors can be found on the Investor Relations page.

## For further information, please contact:

**Signify Investor Relations**
Robin Jansen
Tel: +31 6 1594 4569
E-mail: robin.j.jansen@signify.com

**Signify Americas**
**Melissa Kanter**
E-mail: melissa.kanter@signify.com

## About Signify

Signify (Euronext: LIGHT) is the world leader in lighting for professionals and consumers and lighting for the Internet of Things. Our Philips products, Interact connected lighting systems and data-enabled services, deliver business value and transform life in homes, buildings and urban spaces. With 2017 sales of EUR 7.0 billion, approximately 32,000 employees and a presence in over 70 countries, we unlock the extraordinary potential of light for brighter lives and a better world. News from Signify is located at the Newsroom, Twitter and LinkedIn. Information for investors can be found on the Investor Relations page.



# More press releases



JUNE 17, 2025



JUNE 11, 2025



JUNE 05, 2025

**All press releases →**

Philips Hue introduces product packaging without plastic

## We'd love to hear from you