# Exhibit L

An official website of the United States government
Here's how you know

# 17/314,092 | 2016P80455US05: CONFIGURABLE LIGHTING SYSTEM

PUBLIC VIEW

| Application # | Confirmation # | Attorney Docket # | Patent # |
|---|---|---|---|
| 17/314,092 | 3143 | 2016P80455US05 | 11,408,588<br>Download PDF Text<br>Issued - 08/09/2022 |

| Filing or 371 (c) date | Status |
|---|---|
| 05/07/2021 | Patented Case 07/20/2022 |

Show/hide menu

## Address & Attorney/Agent Information

### Power of attorney

**138325 - Signify Holding B.V.**
1 Van de Graaff Drive
Suite 202
Burlington, MA 01803
UNITED STATES

| | |
|---|---|
| PIOTROWSKI, DANIEL<br>(908) 903-6218 | 42079 |
| GAUDET, DANIEL<br>(781) 418-9249 | 48584 |
| HARTOONIAN, MHER<br>(914) 495-9541 | 52996 |
| COOK, WILLIAM<br>(404) 853-8253 | 58072 |
| MATTHEWS, JOSHUA<br>(914) 495-9563 | 64304 |
| CONSTANTINE, DEREK<br>(617) 423-9999 | 67947 |
| FUERCH, MICHAEL<br>(408) 473-2500 | 68153 |
| WHITE, JAMES<br>(781) 961-1668 | 74092 |
| DRISCOLL, PATRICK<br>(617) 542-6000 | 78230 |

### Correspondence address

**138325 - Signify Holding B.V.**
1 Van de Graaff Drive
Suite 202
Burlington, MA 01803
UNITED STATES

| | |
|---|---|
| PIOTROWSKI, DANIEL<br>(908) 903-6218 | 42079 |
| GAUDET, DANIEL<br>(781) 418-9249 | 48584 |
| HARTOONIAN, MHER<br>(914) 495-9541 | 52996 |
| COOK, WILLIAM<br>(404) 853-8253 | 58072 |
| MATTHEWS, JOSHUA<br>(914) 495-9563 | 64304 |
| CONSTANTINE, DEREK<br>(617) 423-9999 | 67947 |
| FUERCH, MICHAEL<br>(408) 473-2500 | 68153 |
| WHITE, JAMES<br>(781) 961-1668 | 74092 |
| DRISCOLL, PATRICK<br>(617) 542-6000 | 78230 |

### Maintenance fee address

No maintenance fee address found

No attorney/agent data found