# Exhibit M

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT6101648

| | |
|---|---|
| **SUBMISSION TYPE:** | NEW ASSIGNMENT |
| **NATURE OF CONVEYANCE:** | ASSIGNMENT |

## CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| EATON INTELLIGENT POWER LIMITED | 03/02/2020 |

## RECEIVING PARTY DATA

| | |
|---|---|
| **Name:** | SIGNIFY HOLDING B.V. |
| **Street Address:** | HIGH TECH CAMPUS 48 |
| **City:** | EINDHOVEN |
| **State/Country:** | NETHERLANDS |
| **Postal Code:** | 5656AE |

## PROPERTY NUMBERS Total: 236

| Property Type | Number |
|---|---|
| **Application Number:** | 16241852 |
| **Application Number:** | 15646384 |
| **Application Number:** | 15394886 |
| **Application Number:** | 15405786 |
| **Application Number:** | 15486821 |
| **Application Number:** | 12235141 |
| **Application Number:** | 16557928 |
| **Application Number:** | 12466077 |
| **Application Number:** | 16017572 |
| **Application Number:** | 14992235 |
| **Application Number:** | 16215262 |
| **Application Number:** | 16833067 |
| **Application Number:** | 13608911 |
| **Application Number:** | 16735124 |
| **Application Number:** | 16680231 |
| **Application Number:** | 16160710 |
| **Application Number:** | 16422681 |
| **Application Number:** | 15492342 |
| **Application Number:** | 16741802 |
| **Application Number:** | 16430066 |

| Property Type | Number |
|---|---|
| **Application Number:** | 16680239 |
| **Application Number:** | 16292105 |
| **Application Number:** | 16588133 |
| **Application Number:** | 16240607 |
| **Application Number:** | 16008503 |
| **Application Number:** | 16170769 |
| **Application Number:** | 16588665 |
| **Application Number:** | 15985197 |
| **Application Number:** | 14681561 |
| **Application Number:** | 16404419 |
| **Application Number:** | 16436421 |
| **Application Number:** | 16259323 |
| **Application Number:** | 15497937 |
| **Application Number:** | 15784977 |
| **Application Number:** | 16225003 |
| **Application Number:** | 16282425 |
| **Application Number:** | 16682261 |
| **Application Number:** | 16383381 |
| **Application Number:** | 16363848 |
| **Application Number:** | 15281636 |
| **Application Number:** | 16422678 |
| **Application Number:** | 16404663 |
| **Application Number:** | 16194056 |
| **Application Number:** | 14954660 |
| **Application Number:** | 15385066 |
| **Application Number:** | 15063047 |
| **Application Number:** | 16259977 |
| **Application Number:** | 16234236 |
| **Application Number:** | 16258369 |
| **Application Number:** | 15494264 |
| **Application Number:** | 16241836 |
| **Application Number:** | 16370625 |
| **Application Number:** | 15847698 |
| **Application Number:** | 16369520 |
| **Application Number:** | 16450378 |
| **Application Number:** | 16552421 |
| **Application Number:** | 16191902 |
| **Application Number:** | 16595966 |

| Property Type | Number |
|---|---|
| Application Number: | 15495697 |
| Application Number: | 15138729 |
| Application Number: | 15492405 |
| Application Number: | 16513479 |
| Application Number: | 16659381 |
| Application Number: | 16430097 |
| Application Number: | 16694724 |
| Application Number: | 16150588 |
| Application Number: | 16139189 |
| Application Number: | 16750162 |
| Application Number: | 16412215 |
| Application Number: | 16538699 |
| Application Number: | 15667450 |
| Application Number: | 16743960 |
| Application Number: | 16536934 |
| Application Number: | 16188245 |
| Application Number: | 15879288 |
| Application Number: | 16694729 |
| Application Number: | 15974140 |
| Application Number: | 15974503 |
| Application Number: | 15885466 |
| Application Number: | 16574518 |
| Application Number: | 16719577 |
| Application Number: | 16006466 |
| Application Number: | 16013272 |
| Application Number: | 15969618 |
| Application Number: | 16676620 |
| Application Number: | 15971623 |
| Application Number: | 15971819 |
| Application Number: | 15820105 |
| Application Number: | 16394947 |
| Application Number: | 16014421 |
| Application Number: | 16000648 |
| Application Number: | 16000656 |
| Application Number: | 16000665 |
| Application Number: | 15921161 |
| Application Number: | 16231208 |
| Application Number: | 16259333 |

| Property Type | Number |
|---|---|
| Application Number: | 16118131 |
| Application Number: | 16601334 |
| Application Number: | 16392422 |
| Application Number: | 16142622 |
| Application Number: | 15685346 |
| Application Number: | 16190777 |
| Application Number: | 16714911 |
| Application Number: | 16797512 |
| Application Number: | 15602676 |
| Application Number: | 16512165 |
| Application Number: | 15969637 |
| Application Number: | 15617504 |
| Application Number: | 15974508 |
| Application Number: | 16694104 |
| Application Number: | 16538435 |
| Application Number: | 16735404 |
| Application Number: | 16451470 |
| Application Number: | 16398682 |
| Application Number: | 15622373 |
| Application Number: | 15986484 |
| Application Number: | 15944199 |
| Application Number: | 16391095 |
| Application Number: | 16404426 |
| Application Number: | 16551512 |
| Application Number: | 15902744 |
| Application Number: | 16261213 |
| Application Number: | 16283444 |
| Application Number: | 16283437 |
| Application Number: | 16410387 |
| Application Number: | 16689757 |
| Application Number: | 16368519 |
| Application Number: | 16362385 |
| Application Number: | 16588160 |
| Application Number: | 16708118 |
| Application Number: | 15958667 |
| Application Number: | 16797341 |
| Application Number: | 16294618 |
| Application Number: | 16577999 |

| Property Type | Number |
| --- | --- |
| **Application Number:** | 16054922 |
| **Application Number:** | 16240026 |
| **Application Number:** | 16240006 |
| **Application Number:** | 16291735 |
| **Application Number:** | 16254278 |
| **Application Number:** | 16570694 |
| **Application Number:** | 16423844 |
| **Application Number:** | 15962578 |
| **Application Number:** | 15908537 |
| **Application Number:** | 16400721 |
| **Application Number:** | 16547315 |
| **Application Number:** | 16547330 |
| **Application Number:** | 16547320 |
| **Application Number:** | 16583836 |
| **Application Number:** | 16599324 |
| **Application Number:** | 16529089 |
| **Application Number:** | 16592535 |
| **Application Number:** | 16659378 |
| **Application Number:** | 16195581 |
| **Application Number:** | 16688528 |
| **Application Number:** | 16674540 |
| **Application Number:** | 16578865 |
| **Application Number:** | 16670641 |
| **Application Number:** | 16670663 |
| **Application Number:** | 16191194 |
| **Application Number:** | 16664632 |
| **Application Number:** | 16536810 |
| **Application Number:** | 16529436 |
| **Application Number:** | 16168550 |
| **Application Number:** | 16168555 |
| **Application Number:** | 16168562 |
| **Application Number:** | 16554423 |
| **Application Number:** | 16404634 |
| **Application Number:** | 16125304 |
| **Application Number:** | 16559098 |
| **Application Number:** | 16120053 |
| **Application Number:** | 16697015 |
| **Application Number:** | 16677300 |

| Property Type | Number |
|---|---|
| **Application Number:** | 16215264 |
| **Application Number:** | 16819917 |
| **Application Number:** | 16582969 |
| **Application Number:** | 16719567 |
| **Application Number:** | 16725826 |
| **Application Number:** | 16129541 |
| **Application Number:** | 16719551 |
| **Application Number:** | 16405843 |
| **Application Number:** | 16522498 |
| **Application Number:** | 16405850 |
| **Application Number:** | 16816124 |
| **Application Number:** | 16503311 |
| **Application Number:** | 16785497 |
| **Application Number:** | 16419966 |
| **Application Number:** | 16694119 |
| **Application Number:** | 16408948 |
| **Application Number:** | 16782898 |
| **Application Number:** | 16450220 |
| **Application Number:** | 16285707 |
| **Application Number:** | 16414963 |
| **Application Number:** | 16456445 |
| **Application Number:** | 16251592 |
| **Application Number:** | 16351960 |
| **Application Number:** | 16528313 |
| **Application Number:** | 16785492 |
| **Application Number:** | 16397182 |
| **Application Number:** | 16250405 |
| **Application Number:** | 16290437 |
| **Application Number:** | 16707892 |
| **Application Number:** | 16386053 |
| **Application Number:** | 16379577 |
| **Application Number:** | 16785494 |
| **Application Number:** | 16268067 |
| **Application Number:** | 16284982 |
| **Application Number:** | 16371952 |
| **Application Number:** | 16522227 |
| **Application Number:** | 16529549 |
| **Application Number:** | 16549532 |

| Property Type | Number |
|---|---|
| **Application Number:** | 16780533 |
| **Application Number:** | 16787292 |
| **Application Number:** | 16525910 |
| **Application Number:** | 16533942 |
| **Application Number:** | 16694075 |
| **Application Number:** | 16711512 |
| **Application Number:** | 16589835 |
| **Application Number:** | 16544606 |
| **Application Number:** | 16585713 |
| **Application Number:** | 16596213 |
| **Application Number:** | 16417401 |
| **Application Number:** | 16412208 |
| **Application Number:** | 16814792 |
| **Application Number:** | 16811283 |
| **Application Number:** | 16728782 |
| **Application Number:** | 16728787 |
| **Application Number:** | 16728794 |
| **Application Number:** | 16800720 |
| **Application Number:** | 16800725 |
| **Application Number:** | 16800709 |
| **Application Number:** | 16742293 |
| **Application Number:** | 16746605 |
| **Application Number:** | 16776299 |
| **Application Number:** | 16787168 |
| **Application Number:** | 16792784 |
| **Application Number:** | 16792763 |

**CORRESPONDENCE DATA**

**Fax Number:**

***Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.***

| | |
|---|---|
| **Phone:** | 914-495-9561 |
| **Email:** | gigi.miller@signify.com |
| **Correspondent Name:** | SIGNIFY INTELLECTUAL PROPERTY |
| **Address Line 1:** | 465 COLUMBUS AVENUE |
| **Address Line 2:** | SUITE 330 |
| **Address Line 4:** | VALHALLA, NEW YORK 10595 |

| | |
|---|---|
| **ATTORNEY DOCKET NUMBER:** | EATON TO SHBV 03-02-2020 |
| **NAME OF SUBMITTER:** | GIGI MILLER |

| | |
|---|---|
| **SIGNATURE:** | /GiGi Miller/ |
| **DATE SIGNED:** | 05/12/2020 |

**Total Attachments: 1**
source=EXEC_ASSIGNMENT_EATON_INTELLIGENT_POWER_LIMITED_TO_SHBV_NELLEKE#page1.tif

# Patent Assignment

This Deed of Assignment, dated and effective March 2, 2020, is made by and between **EATON INTELLIGENT POWER LIMITED**, having its address at Eaton House, 30 Pembroke Road, Dublin 4, Ireland (hereinafter "**Assignor**") of the one part and **SIGNIFY HOLDING B.V.**, a company incorporated under the laws of the Netherlands, having its address at High Tech Campus 48, 5656AE Eindhoven, The Netherlands (hereinafter "**Assignee**") of the other part,

WHEREAS, Assignor is the sole owner of the intellectual property rights set forth on Schedule A hereto, including trademarks, trademark applications, designs, design applications, patents, patent applications, any and all continuations, divisionals, renewals, substitutes, re-examinations or reissue applications of the patents and patent applications, and all rights of priority to the same (together, the "Assigned Intellectual Property");

WHEREAS, the Parties desire that the assignment of the Assigned Intellectual Property be made a matter of record in the appropriate patent offices, including the United States Patent & Trademark Office.

NOW THEREFORE, for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, Assignor hereby confirms the sale, assignment and transfer to Assignee of all Assignor's worldwide right, title, and interest in and to the Assigned Intellectual Property.

IN WITNESS WHEREOF, Assignor executes this Assignment and is made effective as of the date below, or the latter of the two dates if different, and may be executed in counterparts. The person who signs this Assignment below represents that such person is fully authorized to sign the Assignment on behalf of Assignor.

**EATON INTELLIGENT POWER LIMITED**

Signature:

Name: Petronella Daniëlle Verweij
Title: Authorized Representative
Date: 2 March 2020

**SIGNIFY HOLDING B.V.**

Signature:

Name: Petronella Daniëlle Verweij
Title: Authorized Representative
Date: 2 March 2020