# Exhibit O

PTO/AIA/96 (08-12)
Approved for use through 01/31/2013. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# STATEMENT UNDER 37 CFR 3.73(c)

Applicant/Patent Owner: SIGNIFY HOLDING B.V.

Application No./Patent No.: ______________ Filed/Issue Date: May 7, 2021

Titled: CONFIGURABLE LIGHTING SYSTEM

SIGNIFY HOLDING B.V., a Corporation

(Name of Assignee) (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)

states that, for the patent application/patent identified above, it is (choose one of options 1, 2, 3 or 4 below):

1. [✓] The assignee of the entire right, title, and interest.

2. [ ] An assignee of less than the entire right, title, and interest (check applicable box):

   [ ] The extent (by percentage) of its ownership interest is ________%. Additional Statement(s) by the owners holding the balance of the interest must be submitted to account for 100% of the ownership interest.

   [ ] There are unspecified percentages of ownership. The other parties, including inventors, who together own the entire right, title and interest are:

   Additional Statement(s) by the owner(s) holding the balance of the interest must be submitted to account for the entire right, title, and interest.

3. [ ] The assignee of an undivided interest in the entirety (a complete assignment from one of the joint inventors was made). The other parties, including inventors, who together own the entire right, title, and interest are:

   Additional Statement(s) by the owner(s) holding the balance of the interest must be submitted to account for the entire right, title, and interest.

4. [ ] The recipient, via a court proceeding or the like (e.g., bankruptcy, probate), of an undivided interest in the entirety (a complete transfer of ownership interest was made). The certified document(s) showing the transfer is attached.

The interest identified in option 1, 2 or 3 above (not option 4) is evidenced by either (choose one of options A or B below):

A. [ ] An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded in the United States Patent and Trademark Office at Reel ________, Frame ________, or for which a copy thereof is attached.

B. [X] A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as follows:

1. From: STEVEN WALTER PYSHOS ET AL. To: COOPER TECHNOLOGIES LIMITED
   The document was recorded in the United States Patent and Trademark Office at
   Reel 052671, Frame 0456, or for which a copy thereof is attached.

2. From: COOPER TECHNOLOGIES LIMITED To: EATON INTELLIGENT POWER LIMITED
   The document was recorded in the United States Patent and Trademark Office at
   Reel 052678, Frame 0061, or for which a copy thereof is attached.



This collection of information is required by 37 CFR 3.73(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/AIA/96 (08-12)
Approved for use through 01/31/2013. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(c)

3. From: EATON INTELLIGENT POWER LIMITED To: SIGNIFY HOLDING B.V.

The document was recorded in the United States Patent and Trademark Office at

Reel 054162, Frame 0391, or for which a copy thereof is attached.

4. From: ______ To: ______

The document was recorded in the United States Patent and Trademark Office at

Reel ______, Frame ______, or for which a copy thereof is attached.

5. From: ______ To: ______

The document was recorded in the United States Patent and Trademark Office at

Reel ______, Frame ______, or for which a copy thereof is attached.

6. From: ______ To: ______

The document was recorded in the United States Patent and Trademark Office at

Reel ______, Frame ______, or for which a copy thereof is attached.

☐ Additional documents in the chain of title are listed on a supplemental sheet(s).

☑ As required by 37 CFR 3.73(c)(1)(i), the documentary evidence of the chain of title from the original owner to the assignee was, or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11.

[NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to Assignment Division in accordance with 37 CFR Part 3, to record the assignment in the records of the USPTO. See MPEP 302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

______ (signature)
Signature

May 7, 2021
Date

Petronella D. Verweij
Printed or Typed Name

Authorized Signatory for Signify Holding B.V.
Title or Registration Number

**TO WHOM IT MAY CONCERN**

This is to certify that **PHILIPS LIGHTING HOLDING B.V.** changed its name into **SIGNIFY HOLDING B.V.**, as per 1 February 2019

This is to certify that the address of this company: High Tech Campus 45, 5656 AE, Eindhoven, The Netherlands, has been changed into High Tech Campus 48, 5656 AE, Eindhoven, The Netherlands as per 26 September 2018

By me: mr. **JACOBA MARTHA JOANNA MARIA SIEM A SJOE-ERDKAMP**, Civil Law Notary, practicing at Veldhoven (The Netherlands) on the fifth of February two thousand nineteen (05-02-2019).

mr. J.M.J.M. Erdkamp * Notaris te Veldhoven *