# Exhibit P

US010352510B2

(12) **United States Patent**
**Van Winkle**

(10) **Patent No.: US 10,352,510 B2**
(45) **Date of Patent: Jul. 16, 2019**

(54) **LINKABLE LIGHTING FIXTURE**

(71) Applicant: **ETi Solid State Lighting Inc.**, Wheeling, IL (US)

(72) Inventor: **Gary Van Winkle**, Chagrin Falls, OH (US)

(73) Assignee: **ETi Solid State Lighting Inc.**, Wheeling, IL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **15/703,153**

(22) Filed: **Sep. 13, 2017**

(65) **Prior Publication Data**

US 2018/0003351 A1 Jan. 4, 2018

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 14/981,346, filed on Dec. 28, 2015.

(51) **Int. Cl.**
***F21S 4/20*** (2016.01)
***F21V 15/01*** (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC . ***F21S 4/20*** (2016.01); ***F21S 2/00*** (2013.01); ***F21S 4/10*** (2016.01); ***F21S 4/28*** (2016.01);
(Continued)

(58) **Field of Classification Search**
CPC ...... F21S 4/20; F21S 8/061; F21S 2/00; F21S 4/28; F21S 4/10; F21V 23/001; F21V 23/06; F21V 23/04; F21V 29/70; F21V 15/013; F21V 7/005; F21Y 2115/10; F21Y 2103/10; F21W 2131/40
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

1,844,097 A * 2/1932 Richard .................. F21V 23/06 340/815.55
2,567,014 A 9/1951 Fine et al.
(Continued)

FOREIGN PATENT DOCUMENTS

CN 201973532 U * 9/2011
CN 202521318 U * 11/2012
FR 2627258 A1 * 8/1989 ................ F21S 2/00

OTHER PUBLICATIONS

Machine English Translation of CN202521318U Nov. 2012 Guojun Yan.*

(Continued)

*Primary Examiner* — Anh T Mai
*Assistant Examiner* — Glenn D Zimmerman
(74) *Attorney, Agent, or Firm* — Walter | Haverfield LLP; D. Peter Hochberg; Sean F. Mellino

(57) **ABSTRACT**

An elongated, linkable LED lighting fixture having an elongated LED light engine with an LED light engine electrical contacting structure for cooperating with a linking device to link elongated, linkable LED lighting fixtures together, the linked LED lighting fixtures are powered by a single connection to an electrical outlet. The linked LED lighting fixtures can be operated independently of each other. A linking device is also included, and a patch plug is provided for enabling the linking plug to be operatively connected to an electrical output.

**11 Claims, 18 Drawing Sheets**



(51) **Int. Cl.**

| | |
|---|---|
| ***F21S 4/10*** | (2016.01) |
| ***F21S 2/00*** | (2016.01) |
| ***F21S 8/06*** | (2006.01) |
| ***F21V 23/00*** | (2015.01) |
| ***F21V 23/04*** | (2006.01) |
| ***F21V 23/06*** | (2006.01) |
| ***F21V 29/70*** | (2015.01) |
| ***F21S 4/28*** | (2016.01) |
| *F21Y 103/10* | (2016.01) |
| *F21V 7/00* | (2006.01) |
| *F21W 131/40* | (2006.01) |
| *F21Y 115/10* | (2016.01) |

(52) **U.S. Cl.**

CPC ............ ***F21S 8/061*** (2013.01); ***F21V 15/013*** (2013.01); ***F21V 23/001*** (2013.01); ***F21V 23/04*** (2013.01); ***F21V 23/06*** (2013.01); ***F21V 29/70*** (2015.01); *F21V 7/005* (2013.01); *F21W 2131/40* (2013.01); *F21Y 2103/10* (2016.08); *F21Y 2115/10* (2016.08)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 5,848,837 | A | 12/1998 | Gustafson | | |
| 6,283,612 | B1 | 9/2001 | Hunter | | |
| 6,536,924 | B2 * | 3/2003 | Segretto | F21S 2/005 | 362/247 |
| 6,860,628 | B2 | 3/2005 | Robertson et al. | | |
| 6,936,968 | B2 | 8/2005 | Cross et al. | | |
| 7,192,160 | B2 | 3/2007 | Reiff, Jr. et al. | | |
| 7,213,938 | B2 | 5/2007 | Brondt et al. | | |
| 7,438,441 | B2 | 10/2008 | Sun et al. | | |
| 7,441,922 | B2 | 10/2008 | Huang et al. | | |
| 7,476,004 | B2 | 1/2009 | Chan | | |
| 7,513,640 | B2 | 4/2009 | Hendrikus | | |
| 7,810,955 | B2 | 10/2010 | Stimac et al. | | |
| 7,997,770 | B1 | 8/2011 | Meurer | | |
| 8,308,324 | B2 | 11/2012 | Van Horn et al. | | |
| 8,531,109 | B2 | 9/2013 | Visser et al. | | |
| 8,714,772 | B1 | 5/2014 | Levante et al. | | |
| 8,882,298 | B2 | 11/2014 | Gershaw | | |
| 9,004,716 | B2 | 4/2015 | Ai | | |
| 2007/0127244 | A1 * | 6/2007 | Cunius | F21V 15/013 | 362/260 |
| 2008/0089069 | A1 * | 4/2008 | Medendorp | F21S 8/04 | 362/294 |
| 2009/0021936 | A1 | 1/2009 | Stimac et al. | | |
| 2009/0237922 | A1 | 9/2009 | Chiu | | |
| 2009/0296381 | A1 * | 12/2009 | Dubord | F21S 2/005 | 362/218 |
| 2010/0177511 | A1 | 7/2010 | Yu | | |
| 2010/0284195 | A1 * | 11/2010 | Liu | F21V 5/02 | 362/373 |
| 2010/0295468 | A1 | 11/2010 | Pedersen et al. | | |
| 2012/0188756 | A1 | 7/2012 | Kokoski et al. | | |
| 2012/0300441 | A1 * | 11/2012 | Thomas | F21V 15/013 | 362/184 |
| 2013/0182422 | A1 | 7/2013 | Guilmette | | |
| 2013/0343050 | A1 * | 12/2013 | Hu | F21V 23/06 | 362/217.16 |
| 2014/0177209 | A1 * | 6/2014 | Carney | E04B 9/006 | 362/147 |
| 2014/0226321 | A1 | 8/2014 | Halliwell et al. | | |
| 2014/0247585 | A1 * | 9/2014 | Chien | F21V 19/003 | 362/217.17 |
| 2014/0355272 | A1 * | 12/2014 | Chou | F21S 4/008 | 362/308 |

OTHER PUBLICATIONS

Machine English Translation CN201973532U Sep. 2011 Qiang Wang.*

Examiner's Report from the Canadian Intellectual Property Office dated Jan. 29, 2018 for related Canadian Application No. 2,960,058.

* cited by examiner




FIG—1


67
61
65
69
70
63
70
55
53
7
51
47
57
45
43
49
3
104
83
22
33
25
19
31
33
11
13
23
77
81
5
25
17
75
71
9
1
15
21
29
21
18
23
39
11
13
35
19
22
104
79
7
57
43
49
47
45

FIG-2




FIG—3




FIG—4




FIG—5




FIG—6




FIG—7




FIG—7A


LED+
LED-
C10
C8
R10
EC3
EC2
T1
R7
D1
D2
C9
Q1
RS1
RS2
RS3
RS4
R12
R13
C7
R5
C4
EC1
R11
C3
R8
R9
R6
C6
C5
DSEN
VDD
COMP
CS
NC
DRV
HV
GND
MT7838
C2
C1
BD1
V+
V-
AC
VR1
LF2
R3
L1
R2
R1
CX1
LF1
F1
N
L

FIG-8


120
4 Strings, 24/String
D1
D2
D3
D24
LED
122
124
126
128
+
−
Driver
130
Input Voltage: 120Vac 60Hz

FIG—9




FIG—10




FIG-11


153
160
162
164
166
166
167
168
170
172
174
183
158
184
178
176
180
182
182

FIG—12


204
200
202
198
220
211
206
210
213
218
208
213
196
212
192
216
194
222
224
226
190
202
198
214
200
204
220

FIG—13




FIG-14


FIG—15
198
190
192
194
FIG—16
17
204
196
218
FIG—17
200
220
FIG—18


DC+
DC-
R18
E2
C5
D3
R22
R21
230
T1
10
9
Y1
1
3
4
5
R17A
R17B
D1
R11
M1
R12
R15
R16
C2
R14
D2
R10
R13
R7
R8
R19
C4
R5A
R5B
R6
E1
RV2
4
5
6
U1
VSEN
VIN
DRV
COMP
GND
ISEN
3
2
1
C1
BR1
R9
C3
R4
L3
R2
R1B
R1A
X1
L1
RV1
N
L
F1
R3
L2

FIG-19


100
1,3,10
77
DRIVER
PULL SWITCH
71
1,3,10
77
DRIVER
PULL SWITCH
71

FIG-20




FIG-21




FIG—22




FIG—23

# LINKABLE LIGHTING FIXTURE

## CROSS-REFERENCE TO RELATED APPLICATION

This application is a continuation-in-part of U.S. patent application Ser. No. 14/981,346 filed Dec. 28, 2015, which is incorporated herein by reference in its entirety.

## BACKGROUND OF THE INVENTION

Field of the Invention

The present invention relates to linkable light emitting diode (LED) lighting fixtures and systems, and in particular to linkable LED lighting fixtures and systems, and linkable strip lighting fixtures and systems.

Description of the Prior Art

There are many lighting fixtures which are used for a variety of purposes including workshops, offices, factories, residences, schools and the like, which until fairly recently the market for such fixtures was largely filled with incandescent bulbs and fluorescent lights. A big problem with incandescent bulbs is that they convert most of their energy into heat as opposed to light, thus wasting electricity and generating unnecessary warmth. Fluorescent lighting generally involves ionizing a gas such as argon contained within a sealed tube. The electrically-excited gas produces light emission as the gas returns to its normal energy level. Although fluorescent lighting is widely used, it does have serious shortcomings. Fluorescent lighting is rather complex, and repairs can be costly both with respect to replacing ballasts and other components which may have to be replaced from time to time, and with respect to the high voltage that is needed for fluorescent lighting. The high voltage makes necessary added electrical insulation, and the requirement for safety precautions.

Compact fluorescent light bulbs have also become popular. Compact fluorescent lights, or CFLs convert most of their energy into light rather than heat. CFLs last longer than incandescent lights and are designed to fit into existing incandescent lighting fixtures. CFLs use about ¼ of the electricity required for incandescent bulbs while producing a comparable amount of light. While CFLs do not flicker when used for an extended period of time, they do have flickering problems if switched on and off frequently. Furthermore, the switching process takes more time than is desirable so that CFLs take a longer time to light before they become fully lit. Furthermore, CFLs require optimum temperatures to work and are known to function in less than their rated capacity when switched on in lower temperatures.

LEDs are becoming more and more popular. LEDs require lower power consumption than do CFLs.

A single LED is very small, but a combination of bunches of LEDs create powerful lights which can withstand more extreme conditions than ordinary bulbs. LEDs use about 1/50 of the energy of the standard incandescent bulbs, and last ten times longer than CFL alternatives. Indeed, LED bulbs can last up to fifteen years without needing to be changed. LEDs furthermore produce smaller amounts of heat than do CFLs, and the heat which is produced by LEDs is usually past back to a heat sink making them cool to the touch. With respect to energy efficiency, whereas a CFL uses less than fifteen watts and costs about $75.00 per year, an LED bulb of similar output would draw less than eight watts of power with an annual cost of $30.00 and last 50,000 hours or more.

There is also a disposal problem with CFL bulbs. CFL bulbs contain mercury which can evaporate and cause air



and water pollution. Furthermore, mercury is a neurotoxin that can have a harmful effect on humans, particularly infants. Thus, disposal of CFLs and regular fluorescent bulbs can be a problem since they may break and release the mercury. They can thus be a problem for landfills and waste management workers, in addition to the environmental problems noted above.

The danger of CFLs is severe. The Environmental Protection Agency (EPA) has approved CFL recycling sites. Furthermore, the EPA recommends that in case a CFL breaks in a home, all members and pets are recommended to leave the room. The room has to be aired out for 10-15 minutes, the central forced air should be shut off, and the shards should be collected with stiff paper, tape or a damp paper towel, and then put in a glass jar with a metal lid or a sealable plastic bag and then taken to a recycling site. On the other hand, LED bulbs do not come with a mercury hazard, and most of them are recyclable.

There are other comparisons which indicate that LED bulbs are preferable over CFLs. CFLs require time after actuation in order for them to warm up to full capacity, whereas LED bulbs do not require any length of time to become active. CFLs may not work in temperatures that are less than −10° F. or greater than 100° F. whereas LED bulbs are not temperature sensitive. CFLs are not dimmable, whereas LED bulbs are dimmable. Although LED bulbs cost more than CFLs, the total cost of LED bulbs is less than the cost of CFLs during the life of the LEDs.

Thus, LED bulbs and LED lighting fixtures have been becoming more and more popular over time. In many instances, a single LED lighting fixture may be sufficient for such uses as in workshops. However, oftentimes a number of LED lighting fixtures would be desirable. One could install a series of independent LED lighting fixtures which need to be turned on and off as needed. This could be expensive, and could require a number of receptacles provided along the area which is to be illuminated. This concept has been addressed previously, but there are various shortcomings. Referring to U.S. Pat. No. 7,192,160, a set of fluorescent and/or LED light sources is shown having a control box for switching between two light sources is discussed. A series of lights can be electrically linked in series, and each light is provided with a control box so that the individual lights can be individually operated. This can be used in military barracks, wherein each soldier would be able to control his own light. However, this embodiment requires a series of control boxes, making the system expensive. Alternatively, the string of lights can have one control box in which all of the lights are operated in series. The first light in the series of lights is the master and the remaining lights that are connected are slave lights. Thus, all of the lights must be operated together, rather than one at a time.

Another light tube system is disclosed in U.S. Pat. No. 7,513,640. Light tube system can have a number of light tube units which are connected together by cables. The cables have connector pins which extend in a direction perpendicular to the longitudinal direction of the light tubes, making it awkward to connect them together. There is no indication in the ’640 patent as to where the on-off switch is located. The light tubes discussed in this patent appear to be fluorescent tubes, and thus have all of the shortcomings of fluorescent bulbs discussed above.

In U.S. Pat. No. 9,004,716, a set of LED tubes are connected together by adaptors so that the tubes extend in a collinear direction. The adaptors include an adaptor main body and rotational fittings. A shortcoming of the disclosure of this patent is that the LED tubes must be fixed in a certain

position, and no variation of the position is possible. There is also no device for hanging the assemblies at their opposite ends.

In U.S. Publication No. 2012/0188756, another master/slave LED work light is disclosed. The work light has a power cord that extends entirely through the work light for connecting the work lights together. A master/slave LED work light lighting network and remotely controlled lighting network is disclosed. There is a master light and a number of slave lights that are controlled by the master light. This means that the individual lights cannot be controlled separately. This arrangement has a serious shortcoming if the lighting apparatus is to be used in an area where the lights in the string need to be turned on or off depending on the current situation.

Another type of LED light engines is referred to as strip lights. Strip lights are conventionally flexible strips on which LEDs are mounted, and the flexible strips usually come with an adhesive backing so that they can be attached to walls, fixtures and the like. LED strip lights are sometimes referred to as LED tapes or ribbon lights. Strip lights can be water resistant, and if so they can be used for both indoor and outdoor lighting. Strip lighting is often used for colors other than white. All LED strip lights require a driver and generally operate on a 12 or 24 volt direct current from the driver.

However, strip lighting is often used for such areas as workbench lighting and also for office lighting and artistic lighting. When used with a workbench, strip lighting can be used to eliminate shadows that would often occur with behind the shoulder lighting. LED strip lighting can also be used to eliminate shadows. LED strip lighting also finds use with desks such as with use with a monitor, preferably not being used in a dark room or with strong lights which can cause screen glare. The use of an LED strip light behind the monitor can create a gradual shift between the brightness of the monitor and the light in the rest of the room to reduce eye strain. LED strip lighting can be used in artists' studios to avoid harsh or bright lights which are close to natural light.

U.S. Pat. No. 6,283,612 discloses an LED light strip and incorporates an array of solid state LEDs inside of a transparent or translucent tube. A single power supply can energize up to 350 LEDs in the white configuration. The light strip disclosed in this patent finds particular use in lighting candy displays in stores and markets. The strip light disclosed in this patent has a solidly mounted circuit board held in the tube firmly so that it is vibration resistant. A pair of end caps is located at opposite ends of the tube to plug each end, and a wire penetrates the cap and is potted or sealed so as to make the light waterproof. The light strip includes an electrical cable connected to busses on a single end or on both ends of the light, and a male or female connector can be incorporated. One embodiment of the LED light strip disclosed in the latter patent is said to enable the attachment of a number of light strips together by means of an electric cable and connector for attaching the busses together to prepare for a parallel connection between light strips so that they can be connected together limited only by the ability of the power supply. The individual LED light strips cannot operate separately and must therefore be used on and off together. There is no indication that the light strip set forth in the foregoing patent for anything other than illuminating displays and not in various work areas.

## BRIEF SUMMARY OF THE INVENTION

An object of the present invention is to provide an economical lighting fixture for use in a single location but which can be expanded in number to multiple locations.

Another object of the present invention is to provide an economical lighting system which uses low power in comparison to systems having incandescent bulbs or fluorescent bulbs, and which can be used in workplaces or the like in one or a series of locations.

It is yet another object of the present invention is the provision of a lighting system using low power as compared to incandescent or fluorescent lighting systems, incorporating LED arrays in translucent or transparent light transmitting light engines wherein the light engine fixtures can be selectively connected together for various lengths for generating illumination either collectively or individually.

It is still another object of the present invention to provide LED lighting fixtures which can easily be connected together to expand the area of the illumination, and which can easily be disconnected if desired.

It is also an object of the present invention to provide an easily installable shop lighting system whose area of illumination can be changed using an easy to use connection for linking respective LED lighting fixtures together.

Another object of the present invention is to provide linkable lighting fixtures which can be easily and compactly stored, and manually installed for use.

A further object of the present invention is to provide a system of LED shop lighting fixtures which can be connected together by a flexible linking cable having connectors at either end for simple, yet effective connection to shop lighting fixtures that are to be linked together.

A still further object of the present is to provide linkable LED shop lighting fixtures, when linked together, can be operated individually.

An additional object of the present invention is to provide LED strip lighting fixtures which can be linked together to expand their areas of illumination.

A related object of the present invention is to provide a linkable LED strip lighting system in which individual strip lighting fixtures can easily be linked together and unlinked from each other.

Another additional object of the present invention is to provide a linkable LED strip lighting system in which the LED strip lighting fixtures, when linked together, can be individually operated.

A still further object of the present invention is to provide an LED shop lighting system which is efficient, effective and easy to use.

A still additional object of the present invention is to provide a linkable LED strip lighting system which is easy to use, easy to operate and efficient in operation.

These and other objects will be apparent to those of ordinary skill in the art from the description to follow and from the appended claims.

The foregoing objects are achieved according to the preferred embodiments of the invention. The term "integrated light engine" is hereinafter referred to as a light engine. Referring to the first embodiment, it incorporates linkable LED shop lighting fixtures. An important feature of the inventive shop lighting system is that two or more inventive linkable LED shop lighting fixtures can be easily linked together. Each linkable LED shop lighting fixture is elongated and incorporates an LED shop light engine which is attached to a cover which can be metal or an appropriate non-metal, the LED shop light engine incorporates a power component, a heat sink and an LED module which in turn includes an array of LEDs which are electrically connected to a printed circuit board. The LED shop light engine further includes a heat sink for absorbing heat generated by the LEDs and a diffuser for spreading the light out to the space

to be illuminated. LED light engine electrical connecting portions are part of the LED shop light engine. The LED shop light engine is seated beneath the cover, and a pair of end cap assemblies connects the LED shop light engine to the metal cover to form an LED shop lighting fixture. The end caps have receptacles for receiving a linking device or apparatus including an electricity transmitting plug or a linking plug referred to herein at times as a linking cable, an electrical input plug of a power cable, the other end of the power cable including an outlet plug for insertion into an electrical outlet, or a protective cap. Another linking device is a linking connector. The linking cable and the power cable are sometimes referred to herein as electrical transmitting lines. The preferred embodiment further includes suspension structure such as chains which can be secured to a ceiling so that the metal cover with the components of the LED shop lighting fixture attached thereto can be suspended from the ceiling. A light switch is provided for energizing or de-energizing the respective LED shop light engines individually. The linking devices noted are used to connect the inventive linkable LED shop lighting fixtures together.

Another preferred embodiment of the invention relates to linkable LED strip lighting fixtures incorporating an LED strip light engine. The LED strip light engine fits in a cover forming part of a linkable LED strip lighting fixture. Each linkable LED strip lighting fixture includes an elongated cover that serves as a housing in which is disposed an LED strip light engine, and an LED light engine electrical contacting structure in the form of an end piece or a connecting seat is electrically connected to the LED strip light engine. The latter light engine includes a heat sink and an LED module. The LED module includes an array of LEDs mounted on a printed circuit board that are connected in an electric circuit. An end cap is located at each end of the cover. The end piece and connecting seat have receptacles for receiving a linking plug of a linking device a rigid connector. The lower part of the cover extends over an elongated diffuser for diffusing light emitted by LED strip light engines. The LED strip lighting fixtures can be linked together by electrical linking portions such as a linking cable or a rigid electrical connector.

As used herein, a linkable LED lighting fixture refers to an LED lighting fixture that can be electrically linked to another linkable LED lighting fixture. An LED lighting system refers to two more linkable LED lighting fixtures that are linked together. An LED light engine refers to an illumination device including an LED module, a driver, a heat sink and a diffuser. An LED light engine electrical contacting structure refers to the part of the linkable LED lighting fixture that cooperates with a linking electricity transmitting structure of a linking device such as an inlet plug.

## BRIEF DESCRIPTION OF THE DRAWINGS

Objects and advantages together with the operation of the invention, may be better understood by reference to the following detailed description taken in connection with the following illustrations, wherein:

FIG. **1** is a perspective view of a linkable LED shop lighting fixture according to a preferred embodiment of the invention, suspended from metal chains.

FIG. **2** is an exploded view of some of the components of the LED shop lighting fixture shown in FIG. **1**.



FIGS. **3-5** show components of a linkable LED shop lighting fixture according to a preferred embodiment of the invention being installed from on a drywall and from a ceiling.

FIG. **6** is a partial perspective view of a linkable LED shop light system incorporating a pair of linkable LED shop lighting fixtures of the type incorporated in the linkable LED shop lighting fixtures shown in FIG. **2**, connected together by a linking cable.

FIGS. **7** and **7**A are partial perspective views of a linkable LED shop lighting system composed of a pair of LED shop lighting fixtures about to be and then connected together by a rigid connector.

FIG. **8** is a circuit diagram of the electrical components for use in the linkable LED shop lighting fixture shown in the preceding figures.

FIG. **9** is a circuit diagram for the electrical components of a LED shop light engine shown in some of the preceding figures with a driver.

FIG. **10** is a perspective view of a portion of a linkable LED string lighting system according to an embodiment of the invention incorporating a pair of linkable LED strip lighting fixtures that are linked together.

FIG. **11** is an end view of one of the linkable LED strip lighting fixture of the type shown in FIG. **10** with an installed protective cap.

FIG. **12** is an exploded view of one of the linkable LED strip lighting fixtures as incorporated in the system shown in FIG. **10**.

FIG. **13** is an exploded view of another version of a linkable LED strip lighting fixture according to a preferred embodiment of the invention.

FIGS. **14-18** are respective perspective, top, front, end and bottom views of the subassembly of a linkable LED strip lighting fixture according to an embodiment of the invention shown in FIG. **13**.

FIG. **19** is an electric circuit diagram of the electrical components included in the linkable LED strip lighting fixture shown in FIGS. **10-13**.

FIG. **20** is an electric circuit diagram showing the switching arrangement for a linkable LED shop lighting system according to a preferred embodiment of the invention.

FIG. **21** is a perspective view of a linking cable and a patch plug according to the preferred embodiment of another aspect of the present invention.

FIG. **22** is a perspective view of one end of the patch plug shown in FIG. **21**.

FIG. **23** is a perspective view of the opposite end of the patch plug shown in FIG. **21**.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

One of the preferred embodiments of the present invention is an elongated linkable LED shop lighting fixture **1** as shown in perspective in FIG. **1**. Linkable LED shop lighting fixture **1** includes an LED shop light engine **3**, a cover **5** which is preferably made from metal such as aluminum, a cap assembly **7** (there is a cap assembly **7** at either end of cover **5**), an on-off chain **9** which is preferably made from an appropriate steel or aluminum. A pair of suspension chains **11** can be provided, which may be made from an appropriate metal such as steel or aluminum from which linkable LED shop lighting fixture **1** would be suspended. On-off chain **9** is a chain for controlling an on-off switch. An exploded view of linkable LED shop lighting fixture **1** is shown in FIG. **2**. Cover **5** can be hooked on suspension chains **11** which

would be held fast by a ceiling or other upper support structure. Suspension chains **11** have at their respective bottoms a hook **13** for extending through two pairs of chain-holding holes **23** in a rectangular top wall **15** of cover **5**.

Cover **5** includes a five sided shade **17** having rectangular top wall **15** which has opposing straight opposing parallel end edges **19**, and parallel opposing straight longitudinal edges **21**. Shade **17** also has opposite shade end portions **18**. Cover **5** further comprises a pair of identical opposing rectangular side walls **25**. Side walls **25** have a first pair of opposing parallel longitudinal edges which are connected to and from common longitudinal edges **21** of top wall **15**. Side walls **25** further have a second pair of opposing parallel longitudinal edges **29** spaced from said first pair of opposing longitudinal edges **21**. Rectangular top wall **15** and opposing rectangular side walls **25** form a three sided cavity **31** in the configuration of a parallelepiped having an open bottom. Cavity **31** is defined at its end by upper end edge which is coincident with straight opposing parallel end edges **19** of top wall **15** and opposing parallel side edges **33** which are also the end edges of side walls **25**.

Cover **5** has opposing identical rectangular side flange walls **35**. Each flange wall **35** has a pair of parallel longitudinal edges that are the same as the second pair of opposing parallel longitudinal edges **29** of respective side walls **25** and also identified by numeral **29**, and a second pair of opposing parallel longitudinal free edges **39**. Side flange walls **35** are inclined by equal amounts from parallel rectangular side walls **25** and are symmetrical therewith.

A pair of end cap assemblies **7** cooperates with cover **5** to close the ends of three sided cavity **31**. Each end cap assembly **7** comprises an upper flat plate **43** having a width equal to the distance between longitudinal edges **21** of rectangular top wall **15** so that upper flat plate **43** can rest against the underside of top wall **15**. Upper flat plate **43** is preferably attached to top wall **15** by means of a single screw with a lock washer, and a pair of resilient tabs (which are plastic when upper flat plate **43** is plastic) for extending through holes near end of top wall **15**. End cap assembly **7** further includes an end cover **45** which is flat and extends downwardly from upper flat plate **43** and has an upper rectangular cover portion **47** which closes the respective open ends of three-sided cavity **31**, and a lower partially-circular portion **49** having a curved portion for covering the end of LED shop light engine **3** installed within cover **5** as discussed below. Electrical connection to LED shop light engine **3** is preferably made by two pairs of electrical conducting wires extending from a driver discussed below and extending respectively to end cap assembly **7**. The electrical conducting wires are attached to a pair of electrically insulated partial embedded orifices forming a part of a set of orifices in respective end cap assemblies **7**. More specifically, each end cap assembly **7** includes a set **51** of linking orifices, which is an access for a linking connector. Set **51** preferably has the shape of three overlapping, equiangularly located circles or a trefoil forming the end of three overlapping or partial cylinders for providing access for receiving a linking device such as an electrical input plug **69**, a linking plug **70**, a linking connector or end-to-end connector **53** or a protective cap **55**. Input plug **69** and linking plug **70** are normally identical. Each of the pair of partial embedded orifices has an internal, axial conducting tube which is electrically connected to provide electrical power to LED shop light engine **3**. A third axial conducting tube in third embedded orifice is connected to an electrical conducting grounding plate attached to each of end cap assemblies **7**. The foregoing conducting members are preferably made of copper. Other forms of electrical connection fall within the scope of the invention. The partial embedded orifices with their conducting tubes are designated broadly as LED light engine electrical contacting structure.

LED shop lighting fixture **1** can include suspension chains **11**. A linking device has electrical transmitting plugs, the linking device can take the form of a power cable **61** and a linking cord or linking cable **63**. Both are both shown in FIG. **2**, and a further device is discussed hereinafter. Power cable **61** includes as its electrical transmitting plugs disposed on an insulated electrical line **65**, an electric outlet plug with standard electrical prongs **67** and an electrical light engine fixture plug **69** at the opposite ends of electrical line **65**. Electrical light engine fixture inlet plug **69** has three equiangularly-spaced partial tubular inserts. The partial tubular inserts of each of each inlet plug **69**, each linking plug **70** and each linking connector **53** described herein have conductive lines made of copper having diameters to receive conductive tubes in the linking orifice in a snug relation to permit proper transmission of electric current. As explained above, the three partial tubular inserts of electrical light engine fixture plug **69** have axial linings made from copper (or other electrical conducting) material and are arranged to make contact with the cylindrical tubes in each end cap assembly **7**. Each of the linking devices, i.e. linking connector **53**, electrical input plug **69**, and linking plug **70** must have appropriate electrical conductor construction to operatively connect with the LED light engine electrically contacting structure. The foregoing electrically conductor construction can be described as linking electricity transmitting structure. In other words, each of linking connector **53**, electric input plug **69** and linking plug **70** has three peripherally connected plastic tubes with copper or other electrical conducting sleeves, which when inserted into linking orifice **51** of LED shop light engine **3** (other than a grounding orifice), effects an electrical conducting transmission line with LED shop light engine **3**. The linking electricity transmitting structure cooperates with the LED light engine electrically contacting structure to transmit electricity between the respective plug and linking connector to another LED light engine or from a power outlet to the respective LED light engine. Power cable **61** is used to supply electric power to LED shop lighting fixture **1**, and is accomplished by inserting the prongs of electric outlet plug **67** in an ordinary wall socket and by inserting electrical input plug **69** into linking orifices **51** of end cap assembly **7**. Electrical conducting wires from the tubular prongs are connected to a driver **77** discussed below. Linking cable **63** is used to link or connect a pair of linkable LED shop lighting fixtures **1** together so that each of the linked-together linkable LED shop lighting fixtures **1** can be operated individually, so long as electrical outlet plug **67** of power cable **61** is inserted in an electrical outlet and electrical input plug **69** is inserted in linking orifice **51** in an end of the linked together LED shop lighting fixtures **1**. Linking cable **63** has linking plugs **70** at its opposite ends, and linking plugs **70** of a linking cable **63** can easily be inserted in linking orifice **51** of adjacent shop lighting fixtures **1** so that the linked in LED shop lighting fixtures **1** can be operated together. Since LED shop light engine **3** and a diffuser **83** are elongated, the foregoing fixture is also referred to as an elongated, linkable, LED shop lighting fixture.

In order to activate LED shop light engine **3** held within cover **5**, a switch **71** is provided. Switch **71** is included in the electrical circuit that includes the foregoing shop light

engine **3** as discussed hereinafter. On-off chain **9** is attached to switch **71**, and it includes tags **75** for identifying linkable LED shop lighting fixture **1**.

LED shop light engine **3** includes driver **77**, a heat sink **79**, an LED module **81**, diffuser **83**, and electrical conductors for transmitting electrical current to light engine **3**. Driver **77** is used to provide electrical power in the correct form to LED shop light engine **3**. Electrical conducting wires are connected to LED module **81**. Heat sink **79** is provided for absorbing and transmitting heat generated by LED module **81** when shop light engine **83** is illuminated. LED module **81** is provided adjacent heat sink **79**. LED module **81** comprises LED chips that are mounted on a printed circuit board that use surface-mounted technology. Finally, diffuser **83** is provided in part for containing driver **77**, heat sink **79** and LED module **81**. Diffuser **83** spreads the illumination from LED module **81** in a desired pattern, which essentially directs most of the illumination downwardly to the space to be illuminated. LED shop lighting fixture **1** further includes end connectors **103** shown in FIGS. **1** and **6** schematically (but which can be of any appropriate type including those in the known art) at a LED shop light engine end portion **104** of end cap assembly **7** through which electrical connection can be made with LED shop light engine **3**.

Linkable LED shop lighting fixture **1** is very easy to install. In order to install shop lighting fixture **1** to a drywall ceiling **89** as shown in FIG. **3**, the installer uses a toggle bolt **84** with a toggle bolt hook **85**. A small hole **87**, which should be around ¼", is drilled in drywall ceiling **89**. The installer inserts a bolt **93** through hole **87** with a pair of flaps **91** in a folded position until flaps **91** are on the upper part of drywall ceiling **89**, at which time they open up as shown in FIG. **3**. Toggle bolt **93** is then tightened. If a wood ceiling is used, the installer would drill a small hole **95** into a wood ceiling **97** as illustrated in FIG. **4** and install a bolt hook **99** therein. In either case, hook **13** at the lower, free end of suspension chains **11**, is inserted through each pair of chain holding holes **23** as shown in FIGS. **4** and **5**. In this manner, shop lighting fixture **1** is easily installed in either of ceilings **89** or **97**.

There are two ways depicted in which adjacent linkable LED shop lighting fixtures **1** can be linked to another LED shop lighting fixture together to form an LED shop lighting system **100**. With reference to FIG. **6**, linking cable **63** is used to link together LED shop lighting fixtures **1**. It can be seen that the two linking plugs **70** are inserted in linking orifices **51** (shown in FIG. **2**) extending through the respective end cap assemblies **7** at the adjacent ends of LED shop lighting fixtures **1**. Linking cable **63** is flexible, and linkable LED shop lighting fixtures **1** do not have to be in alignment as they are shown, but could be at an angle relative to each other could be at different distances from the ceiling and need not be parallel to each other. Furthermore, linking cable **63** can be held taut as shown in FIG. **6**, but can also have some slack in it as well.

Reference is made to FIG. **20** showing the electrical connection of a pair of LED shop light engines **3** in LED shop lighting fixtures **1** to form an LED shop lighting system **100**. Two LED shop light engines **3** in LED shop lighting fixtures **1** are linked together. Switch **71** is connected in series with driver **77** in each of the pair of LED linked shop lighting fixtures **1** including LED shop light engines **3**. Each circuit is connected to ground. Each LED shop light engine **3** has a pull switch **71** for operating driver **77** or for deactivating driver **77**. Each pull switch **71** can thus be operated to activate the respective LED light engines **3** to turn them on or off. Modifications can be made for switching apparatus to activate or deactivate all of the LED light engines simultaneously.



Referring to FIGS. **7** and **7***a*, linking connector **53**, which is preferably rigid, is shown installed into linking orifices **51** of one linkable LED shop lighting fixture **1** and positioned for insertion into linking orifice **51** in the adjacent linkable LED shop lighting fixture **1**. Once linking connector **53** is installed in both linking orifices **51** and linkable LED shop lighting fixtures **1** are urged together as shown in FIG. **7***a*, shop lighting fixtures **1** are firmly connected together as shown in FIG. **7***a*, and their respective end piece covers **45** either engage each other or are very close to such engaging. Linking connectors **53** could be long, yet still make the electrical connection with each other. Linking connector **53** is preferably short, about an inch and a quarter (1¼ inches) in length, but it could be of any length. Linking connector **53** is preferably symmetrical at both ends, and two sets of three peripherally connected cylindrical tubes extend linearly, each set being directed in opposite directions. Each tube has an open free end. There are copper or other electrical conducting tubular sleeves for engaging conductors in each of a pair of orifices of set **51** in which the respective cylindrical tubes of linking connectors **53** is inserted in linkable LED shop lighting fixtures. The sleeves thus contact the axial tubular extensions of the tubular sleeves in end cap assembly **7**. When end cap assembly **7** has set **51** of linking orifices, each linking connector **53** is likewise equiangularly-spaced to be inserted into end cap assemblies **7**. The tubes have copper or other electrical conducting tubular sleeves. At either ends, the tubes having cylindrical holes forming the prong receptacles. Each set of connected cylindrical tubes of linking connectors **53** have a trefoil orientation. Thickened band **57** of linking connector **53** is provided at the midsection linking connector **53** which acts as a shoulder for engaging the surface around the two sets of respective three cylindrical tubes having linking orifices **51** to limit the insertion of linking connector **53** into each end cap assembly **7**.

Any number of linkable LED shop light fixtures **1** can be linked together using either linking cables **63** or linking connectors **53**. One power cable **61** is used in order to energize a single LED shop lighting fixture **1** or a series of LED shop lighting fixtures **1** that are linked together. Each of system of linked together LED shop lighting fixtures **1** can be operated independently by means of the actuation of switch **71** by means of a chain by simply pulling the chain to turn the respective linkable LED shop lighting fixtures **1** on and off.

A circuit diagram **101** for linkable LED shop light fixture **1** is shown in FIG. **8**. There is a pair of inputs L and N with a fuse F1 in series with input L which are connected to a transformer LF**1** to which is connected a circuit component including a capacitor CX**1** which is parallel with resisters R1 and R2. Also in this circuit component is an inductor L1 connected in parallel with a resister R3. Another transformer LF**2** is connected to a circuit component having a variable resister VR**1** which is in turn connected to an AC/DC converter BD**1**. The output of the latter, V+ and V− connected across a pair of capacitors C**1** and C**2**. These are in turn connected to a circuit having a control component. Components C**1**-C**10** are capacitors. D**1** and D**2** are diodes. The component labelled MT7838 is a single-stage buck average constant current controller. T**1** is a transformer which is connected to the ground. BD**1** is a current compressor and VR**1** is a voltage reducer. The bridge having capacitors C**1** and C**2** are connected to ground, as are

capacitor C**5** and the circuit including RS**1**-RS**4**, C**6** and R**9**. EC**1**-EC**4** are polarized capacitors.

Referring to FIG. **9**, an LED strip circuit **120** is shown. Strip circuit **120** has four strings **122**, **124**, **126** and **128**, each having twenty four LEDs. These are powered by a driver **130**.

Referring to FIG. **10**, a pair of respective linkable LED strip light fixtures **150** is shown which are connected by a linking cable **152**. A series of LED strip light fixtures **150** can be connected together for a virtual unlimited number of linkable LED strip light fixtures **150** by means of sequential linking cables **152**. A power cable would be required to connect an end of LED strip light fixtures **150** to a power source.

Referring to FIG. **11**, an end view of a linkable LED strip lighting fixture **153** is shown. An end connector or linking opening **155** (discussed below) in which a linking plug (discussed below) is to be inserted should be protected when not in use. Therefore, a protective cap **154** having a trefoil configuration, which is the same configuration as that leading to the end connector opening, is used to protect the end connector opening **155**. Protective cap **154** has a depression **156** into which an implement can be inserted for removing protective cap **154** from the end connector opening.

An exploded view of one form of linkable LED strip lighting fixture **153** is shown in FIG. **12**. Linkable LED strip lighting fixture **153** includes a housing **160** which comprises a top piece **162** and a pair of parallel, opposing, and elongated side walls **164** with a pair of opposing end pieces **166** which are mounted across the coplanar parallel ends of top piece **162**. Side walls **164** have elongated, side wall bottom edges **167**.

LED strip lighting fixture **153** includes an LED strip light engine **158** which includes a driver **168** above which is a driver box bottom **170**. Driver **168** fits inside a driver box top **172** and driver box bottom **170** to be enclosed therein. A power plug **174** is provided for attachment to driver **168** for transmitting electric power thereto.

An LED module **176** is an elongated member having a plurality of strips of LEDs included therein. A heat sink **178** which is of about the same length as LED module **176**, and it is provided for absorbing the heat generated by LED module **176**. Also attached to housing **160** is a diffuser **180** which receives LED module **176** and heat sink **178**, and which is clipped to the bottom of housing **160**. Diffuser **180** diffuses illumination from LED module **176** in a generally downward direction.

A pair of end covers **182** clip onto the ends of diffuser **180** to protect the interior of diffuser **180** and the parts that it encloses, from contaminants in the ambient air.

A screw assembly **183** is used for attaching driver box top with driver **168** and driver box bottom **170** to housing **160**. Screw, washer and nut assembly attach the illumination components including diffuser **180**, LED module **176** and heat sink **178** to housing **160**.

Another size of an LED strip light fixture is shown in FIG. **13**. Referring to FIG. **13**, a linkable LED strip lighting fixture **190** is shown. LED strip lighting fixture **190** includes a cover or housing **192** having a top wall **194**, and extending downwardly from its opposing parallel edges is a pair of side walls **196**, to form three walls of a rectangular parallelepiped having an open bottom opposite top wall **194**. Housing **192** has a pair of end pieces **198** which are disposed at the opposite ends of housing **192**. Connecting seats **200** are disposed in apertures **202** in respective end pieces **198**. Connecting seats **200** have a trefoil-shaped opening for receiving a linking plug, an electrical input plug or a protective cap **204** for the protection of the interior of connecting seat **200**, when a plug is not installed therein. A linking cable or linking cord **224** similar to linking cable **63** or a linking connector **222** similar to linking connector **53** discussed with respect to linkable LED shop light fixture **1** are provided. Reference is made to the discussion regarding linking connector **53** for a description of linking connector **222**. A power cable or power cord **226** is similar to power cable **61** is required when fixture **190** is to be turned on for illumination. Reference is made to the discussion of power cable **61** for the description of the components of the electric input plug and the outlet plug included in power cable **226**.



The following parts are those from known strip light fixtures. These include a driver **206**, a driver box bottom **208**, a driver box top **210** and a screw assembly **211** for attaching driver box top **210** to driver box bottom **208** for enclosing driver **206**. A power plug **212** is also provided for power for driver **206**. Screws **213** attach driver box bottom **208** to driver box top **210** to enclose driver **206**. Strip lighting fixture **190** further includes an LED module **214**, a heat sink **216**, a diffuser **218** and a pair of opposing end covers **220**.

Drawings of the entire strip light assembly **190** are shown in FIGS. **14-18**. FIG. **14** shows LED strip lighting fixture **190** in perspective form. Shown in FIG. **14** are housing **192** with top wall **194** and side wall **196**, end piece **198** having inserted therein connecting seat **200** with protective cap **204**. Located between end covers **214** is diffuser **218**.

FIG. **15** shows a top view of linkable LED strip lighting fixture **190** in which can be seen top wall **194** of housing **192**. A front view of LED strip lighting fixture **190** is depicted in FIG. **16**. Housing **192** is shown on which side wall **196** is visible. The lower portion of LED strip lighting fixture **190** is diffuser **218**. The end view of LED lighting fixture **190** is shown in FIG. **17**. End cover **220** is shown below end piece **198** in which are located connecting seat **200** in which his located protective cap **204**. Referring to FIG. **18**, the bottom view of LED strip lighting fixture **190** shows diffuser **218** between protective caps **204**.

Referring next to FIG. **19**, a circuit **230** is shown for the electric circuitry of linkable LED strip light fixtures **150** and **190**. Circuit **230** includes inputs L and N, a fuse F**1** connected in parallel with a voltage variator RV**1**, and the latter are connected to a variable inductor L**1**. These are connected to a circuit for output smoothing, which includes a capacitor X**1**, resistors R**1**A, R**1**B and R**2**, the latter of which are connected in series and in parallel with capacitor X**1**. Also included in the smoothing circuit are resistor R**3** which is connected across inductor L**2** and resistor R**4** which is connected across inductor L**3**. Included in the smoothing circuit is a diode bridge BR**1**. BR**1** is connected in parallel with a capacitor C**1** and a variable capacitor RV**2**. Another circuit connected to the previously discussed circuits includes three resistors R**5**A, R**5**B and R**6** which connected in series, and in parallel with a diode D**2** and a resistor R**7**. Further in the latter circuit are a resistor R**16** connected in series with a capacitor C**2**, connected in parallel with resistors R**17**A and R**17**B, the latter connected in series. A transformer T**1** is connected across the latter circuit including diode D**1** and another circuit having a positive direct current and negative direct current terminals. Lines **4** and **5** which are connected to transformer T**1** run in parallel and resistors R**11** and R**12** are connected in line **4**. Between the line connecting R**11** and R**12** is a line connected across a control circuit U**1**. A semiconductor control component M**1**

is connected in parallel with resistors R**10** and R**19**, and in parallel with parallel conductors R**13**, R**14** and R**15** as well as capacitor C**4**.

Linking cables **63** and **224**, linking connectors **53** and **222**, and power cables **61** and **226** have been described above. A variation renders a power cable unnecessary. Reference is first made to FIG. **21**. A linking cable or linking cord **301** is shown. Linking cable **301** is essentially the same as linking cable or linking cord **63**, or linking cable or linking cord **224**. It has been found to be advantageous for linking cable **301** to be about five feet in length. Linking cable **301** includes at its opposite ends a linking plug **303** (only 1 is shown) similar or identical to input plug **69**, linking plugs **70** and the corresponding plugs on linking cable **24** and power cable **226**. Linking plug **303** is constructed virtually identically with input plug **69**, linking plugs **70** and the corresponding plugs on linking cable **22** and power cable **226**. Thus, linking plug **303** has linking electricity transmitting structure **305** depicted in this embodiment as including a relatively large female tubular connector **307**, and two other relatively small but equal-sized tubular connectors **309**. Connectors **307**, **309** have copper or other electrically conductive linings that are connected to the respective conductive wires in linking cable **301**.

When two LED linkable lighting fixtures such as LED shop lighting fixture **101**, LED strip lighting fixtures **153** or LED strip lighting fixture **190** are to be linked together, an insulated cable is placed between the two fixtures and linking plug **303** from either end of the cable is inserted into the appropriate connection such as end cap assembly **7** in LED shop light engine **3**, linking opening **155** in LED strip lighting fixture **153** or connecting seat **200** in linkable LED strip lighting fixture **190**. However, when electrical power is to be transmitted to the LED linkable lighting fixture as described above, a pitch plug **311** according to an aspect of the present invention is employed. Referring to FIGS. **22** and **23**, patch plug **311** is a one-piece unit, and includes at one end a power plug **313** that includes a pair of input prongs **315** and a grounding prong **317**. At the other end of patch plug **311** is a male plug **319** which is connected to power plug **313** by a middle injection part **321** (assuming patch plug **31** is made from an appropriate plastic).

Male plug **319** is composed of three merged tubes composed of a relatively large, non-electrical conducting cylindrical tube **323** having an axially extending contact pin **325**, and linking electricity transmitting structure. The latter is in the form of a pair smaller and equal non-conducting cylindrical tubes **327**. Tubes **323**, **325** and **327** are part of a composite unit in the form of a trefoil. Each of tubes **327** has an axially extending contact pin **329**. Cylindrical tube **323** has an internal, cylindrical plastic shield **331**, and merged cylindrical tubes **327** have internal, cylindrical plastic shields **333**. When electrical power is to be supplied to one or more LED linkable lighting fixtures as described above, male plug **319** receives connector **305**, with connector **307** being inserted into tube **323** and connectors **309** being inserted into respective tubes **327** of male plug **319**. Power plug **313** is inserted into a three prong receptacle of an electrical outlet which are in common use.

The embodiments of the invention described above provide very useful and economical lighting systems which can be used to illuminate different areas according to their respective sizes and shapes. The respective linkable LED lighting fixtures can be easily linked together by persons without needing any training to make these connections. With respect to a series of linkable LED shop lighting fixtures, the LED shop lighting fixtures can be placed in virtually any space and pointed in any direction, linked together and plugged into a wall output. Similarly, linkable LED strip lighting fixtures can be linked together and be connected to a power outlet with a power cord. The respective LED light units can be connected together by a linking cable of any length, and which is flexible so that the respective lighting units can face in virtually any direction. Similarly, the linkable LED lighting fixtures can be connected together by rigid connector to render lighting fixtures to be in effect a single lighting unit having various lengths, with the individual components being individually operated. Electrical circuitry can be provided for operating the linked LED lighting fixtures simultaneously.



The invention has been described in detail, with particular emphases on the preferred embodiments thereof, but variations and modifications may occur to those skilled in the art to which the invention pertains.

The invention claimed is:

**1**. An elongated, linkable LED lighting fixture for being linked with a linking device with another elongated, linkable LED lighting fixture, said elongated, linkable LED lighting fixture comprising:
- an elongated LED light engine including:
  - an LED module;
  - a driver electrically connected to said LED module;
  - a heat sink for absorbing heat from said LED module; and
  - an elongated diffuser for diffusing light from said elongated LED light engine;
- an elongated cover for partially covering said LED light engine for preventing light from passing through said elongated cover and for permitting light to pass from said elongated LED light engine in predetermined directions said cover comprising:
  - a shade for partially surrounding said LED light engine for preventing light from being transmitted through said shade, said shade having opposite shade end portions; and
  - an end assembly mounted to said shade at said respective shade end portions, said end assembly comprising an access for electrical connection of respective electrical transmitting lines to said elongated LED light engine; and
- LED light engine electrical contacting structure for cooperating with a linking device to link electrically said elongated, linkable LED lighting fixture with another elongated, linkable LED lighting fixture.

**2**. The elongated, linkable LED lighting fixture according to claim **1** and further comprising a protective cap for selectively closing said respective accesses.

**3**. A linkable LED lighting fixture for use with a linking device, the linking device comprising electricity transmitting plugs, said electricity transmitting plugs comprising a set of electrically insulated tubes having electrical conducting sleeves, said linkable LED lighting fixture comprising:
- an LED light engine including:
  - an LED module comprising:
    - a printed circuit board; and
    - an array of electrically connected LEDs attached to said printed circuit board; and
    - a driver for transmitting electric current to said module in a form usable by said LED module;
- LED light engine electrical contacting structures electrically connected to said LED module, said LED light

engine electrical contacting structures each comprising an access for reception of an electricity transmitting plug;

wherein said LED light engine electrical contacting structures each comprise a set of insulating cylinders having internal axial electrical conductor tubes for each receiving an electrically insulated tube for making electrical contact with the electrical conducting sleeve to enable transmission of electrical current between the conducting tube and said electrically conducting sleeve;

wherein two of said linkable LED lighting fixtures are electrically linkable together in response to the reception of electricity transmitting plugs from the linking device in said respective accesses.

**4**. The LED lighting fixture according to claim **3** wherein said linkable LED lighting fixture further comprises:

a housing comprising:

a top wall having opposing top wall end portions and opposing elongated sides;

opposing side walls extending from said opposing sides of said elongated top wall, said opposing side walls having opposing side wall end portions coplanar with said respective top wall end portions to define opposing housing end portions; and

opposing housing end covers;

said top wall, said opposing side walls and said opposing housing end members defining a cavity, said LED light engine being located in said cavity.

**5**. The linkable LED lighting fixture according to claim **3** wherein each of said LED light engines in said respective linkable LED lighting fixtures further comprise opposite LED light engine end portions, and wherein said LED light engine electrical contacting structures are in operative relationship with said opposite LED light engine end portions.

**6**. The linkable LED lighting fixture according to claim **3** wherein said linkable LED lighting fixture has a switch for selectively turning said linkable LED lighting fixture on and off without affecting any other linking LED lighting light engine fixtures linked to said linkable LED lighting fixture.

**7**. The linkable LED lighting fixture according to claim **3** and further comprising a protective cap for selectively closing said respective accesses.

**8**. The LED lighting fixture according to claim **4** wherein said linkable LED lighting fixture is an elongated, linkable LED shop lighting fixture, and wherein:

said top wall is an elongated top wall, said elongated top wall having a rectangular configuration; and

said opposing side walls are elongated side walls each having a rectangular configuration; and



wherein said linkable LED light engine is an elongated, linkable LED shop light engine comprising:

a printed circuit board disposed in an electric circuit;

at least one set of LEDs attached to said printed circuit board, said at least one set of LEDs being in said electric circuit; and

a circuit switch having a closed position for closing said electric circuit and an open position for opening said electric circuit.

**9**. The LED lighting fixture system according to claim **8** wherein said elongated LED shop lighting fixture module is rated for a life of at least 50,000 hours, at least 900 lumens and powered by at least 10 watts.

**10**. A linkable LED lighting fixture for being linked with a linking device with another linkable LED lighting fixture, said linkable LED lighting fixture comprising:

an elongated LED light engine including:

an LED module actuable for emitting light; and

a driver electrically connected to said LED module;

an elongated cover extending across a portion of said LED module for preventing light emitted by said LED module from being transmitted through said cover in one direction and for permitting light emitted by said LED module to pass from said LED module in a particular direction other than said one direction,

wherein said elongated cover comprises:

a shade for partially surrounding the upper side of said LED light engine for preventing light from being transmitted through said shade, said shade having opposite shade end portions; and

an end assembly mounted to said shade at said respective shade end portions, said end assembly comprising an access for electrical connection of respective electrical transmitting lines to said elongated LED light engine;

an elongated diffuser located in the particular direction for diffusing light emitted by said LED light module; and

wherein said linkable LED lighting fixture further comprises LED light engine electrical contacting structure for cooperating with a linking device to link electrically said elongated, linkable LED lighting fixture with another elongated, linkable LED lighting fixture.

**11**. The linkable LED lighting fixture according to claim **10** and further comprising a protective cap for selectively closing said respective accesses.

* * * * *