# Exhibit Q

PHILIPS

Horticulture
LED Solutions

GreenPower LED interlighting




# Quick Installation Guide / *Guide d'installation rapide*

## Preparation / *Préparation*







**Important information – read carefully! / *Informations importantes – lire attentivement !***

This guide describes how to install the GreenPower LED interlighting module. Observe all warnings and notes. For additional technical information see the Application Guide.
*Ce guide décrit l'installation du module de interlighting GreenPower LED. Respectez toutes les mises en garde et les remarques. Pour des informations techniques complémentaires, reportez-vous au Guide d'application.*

## Installation of the system / *Installation du système*



## IMPORTANT! (EN)

**WARNING**
Turn off and disconnect the power before installation. Installation must be performed by a qualified electrician in accordance with all national and local electrical and construction codes and regulations.

- DO NOT attempt to install or use until you have read and understood the installation instructions contained in this Quick Installation Guide, the Application Guide and safety labels.
- Make sure that power cords are routed in a manner that will prevent incidental damage
- Use wet-rated (IP66) junction boxes which are also suitable for the power cords used in the application.
- Use a strain-relief or power cord grip if needed.
- Use a cord grip suitable for use with three conductor and type of cord suitable for the trade size of the junction box provided by others, if needed.
- DO NOT connect to live power until installation is complete.
- DO NOT modify or alter the product; doing so will void the warranty.
- **For the maximum number of modules allowed per phase, please refer to the application guide.**

**NOTE**
If the product becomes damaged, or the light source reaches its end-of-life, the whole fixture needs to be replaced. When the cord is damaged, the whole luminaire shall be destroyed. The product is not intended for household and domestic use.

**PHOTOBIOLOGICAL HAZARD**
Photobiological safety of lamps and lamp systems (IEC 62471). This International Standard describes the photobiological safety of lamps and lamp systems including luminaires. According to this standard the GreenPower LED interlighting module is in the Exempt Group for all radiation hazards.

**CLEANING AGENTS, CROP PROTECTORS AND OTHER CHEMICALS**
For advice on chemicals that may be used in combination with the modules (for cleaning, fungicides, surfactants, etc.) please see the Application Guide.

## *IMPORTANT !* (FR)

***AVERTISSEMENT***
*Coupez et déconnectez l'alimentation avant de procéder à l'installation. L'installation doit être effectuée par un électricien qualifié conformément à tous les codes et réglementations d'électricité et de construction nationaux et locaux.*

- *NE tentez PAS d'installer ou d'utiliser le module avant d'avoir lu et compris les instructions d'installation figurant dans le présent Guide d'Installation Rapide, le Guide d'Application et les étiquettes de sécurité.*
- *Assurez-vous que les cordons d'alimentation sont acheminés de façon à éviter tout dommage accessoire.*
- *Utilisez des boîtes de jonction homologuées pour emplacements mouillés (IP66) qui conviennent aux cordons employés dans l'application.*
- *Si nécessaire ayez recours à un soulagement de traction ou à une traction de cordon d'alimentation.*
- *Utilisez un presse-étoupe adapté pour être utilisé avec un câble 3 conducteurs et qui correspond avec le type de boîte de jonction.*
- *NE connectez PAS à une source d'alimentation active tant que l'installation n'est pas terminée.*
- *NE modifiez PAS ou N'altérez PAS le produit sans quoi la garantie serait annulée.*
- ***Pour le nombre maximum de modules à relier par phase, veuillez voir le guide d'application.***

***REMARQUE***
*La source lumineuse de cet appareil d'éclairage n'est pas remplaçable. Lorsqu'elle arrive en fin de vie, tout l'appareil doit être remplacé. Lorsque le cordon est endommagé, l'ensemble du luminaire doit être détruit. Cet appareil n'est pas destiné à un usage domestique.*

***RISQUES PHOTOBIOLOGIQUE***
*Sécurité photobiologique de lampes et des appareils utilisant des lampes (IEC 62471). Cette Norme internationale décrit la sécurité photobiologique des lampes et des appareils utilisant des lampes. Selon cette norme, les GreenPower LED interlighting modules sont dans le groupe EXEMPT pour tous risques aux radiations.*

***PRODUITS DE NETTOYAGE, PRODUITS PHYTOSANITAIRES ET AUTRES PRODUITS CHIMIQUES***
*Pour des conseils au sujet des produits chimiques susceptibles d'être utilisés conjointement avec les modules (produits de nettoyage, fongicides, agents de surface, etc.), veuillez vous reporter au Guide d'Application.*

## Dimensions

| Product name / *Nom du produit* | Product dimensions (mm) / *Dimensions du produit (mm)* | | | | | | Product weight (kg) / *Poids du produit (kg)* |
|---|---|---|---|---|---|---|---|
| | L1 ± 10mm | L2 | L3 ± 10mm | L4 | W1 | H1 | |
| GreenPower LED interlighting module 200 | 2028 | 1948 | 80 | 15 | 65 | 79 | 2.2 |
| GreenPower LED interlighting module 250 | 2500 | 2420 | 80 | 15 | 65 | 79 | 2.5 |




## Accessory information / Information sur les accessoires

There is a comprehensive range of accessories available for the installation and connection of this product. More information about these accessories can be found in the Application Guide. / *Une gamme très complète d'accessoires est disponible pour l'installation et la connexion de ce produit. Vous trouverez de plus amples informations sur ces accessoires dans le Guide d'Application.*

**Mounting bracket /** ***Clip de montage***



**Power cable /** ***Câble d'alimentation***



**Jumper cable /** ***Câble de démarrage***



**Female connector / Connecteur femelle**



**End cap / Obturateur**



Make sure the connection to the power is made in such a way it is suitable for wet conditions (e.g. use a wet-rated (IP66) junction box) This module operates on the AC range mains 200-400V. For more detailed information please check the Application Guide, which is available via a Signify contact person / *Assurez-vous que la connexion à l'alimentation est réalisée de façon à convenir à des environnements humides (utilisez p.ex. une boîte de jonction homologuée IP66). Ce module fonctionne sur un secteur d'alimentation en courant alternatif de 200 à 400 V. Pour des informations détaillées veuillez consulter le Guide d'Application disponible auprès de votre intermédiaire Signify.*

PHILIPS

© 2020 Signify Holding. All rights reserved. The information provided herein is subject to change, without notice. Signify does not give any representation or warranty as to the accuracy or completeness of the information included herein and shall not be liable for any action in reliance thereon. The information presented in this document is not intended as any commercial offer and does not form part of any quotation or contract, unless otherwise agreed by Signify.

Philips and the Philips Shield Emblem are registered trademarks of Koninklijke Philips N.V. All other trademarks are owned by Signify Holding or their respective owners.

©2020 Signify Holding. Tous droits réservés. Les informations fournies ici peuvent être modifiées sans préavis. Signify ne fait aucune déclaration ni ne donne aucune garantie concernant la précision ou l'exhaustivité des informations ci-incluses et ne pourra être tenue responsable d'une quelconque action prise en conséquence. Les informations présentées dans ce document ne constituent pas une offre commerciale et ne font partie d'aucun devis ni d'aucun contrat, sauf accord contraire de Signify.

Philips et l'emblème Philips Shield sont des marques déposées de Koninklijke Philips N.V. Toutes les autres marques commerciales sont la propriété de Signify Holding ou de leurs propriétaires respectifs.

Document order number / Numéro de commande du document: 4422 952 00961 A
03/2020
Data subject to change / Données sujettes à modification

www.philips.com/horti
e-mail: horti.info@signify.com