# Exhibit R

Licensing program for LED-bas ×

signify.com/global/our-company/intellectual-property/licensing

Global – English

Careers Investors Subscribe to newsletter

signify

Products Applications Resources Sustainability Our company

Home > Our company > Intellectual property > Licensing




**Licensing**

Home Licensing News/Blogs Acquisition Contact

| Number one | 4600+ | 1700+ | 17+ |
| --- | --- | --- | --- |
| Patent licensing program in the global lighting industry | Granted patents accessible to licensees | Licensees | Years together, program started in 2008 |