# Exhibit S

# Total Cove and Concealed Lighting Market Share thru JUN-2023
# Full-Line Electrical Distribution

## Top Mfgs Compared to Total Market Share

### Share by UNITS




### Share by DOLLARS




| Top Mfgs | Latest 12 Months Units | % |
|---|---|---|
| Total | 2,829 | 100.0% |
| Morris Products | 1,582 | 55.9% |
| Signify | 845 | 29.9% |
| General Electric | 183 | 6.5% |
| RAB Lighting | 66 | 2.3% |
| W.A.C. Lighting | 65 | 2.3% |
| Core Lighting | 35 | 1.2% |
| LSI Industries | 15 | 0.5% |
| All Other | 38 | 1.3% |

| Top Mfgs | Latest 12 Months $ | % |
|---|---|---|
| Total | $257,943 | 100.0% |
| Signify | $115,100 | 44.6% |
| RAB Lighting | $50,458 | 19.6% |
| Acuity Brands | $40,699 | 15.8% |
| General Electric | $14,886 | 5.8% |
| W.A.C. Lighting | $12,617 | 4.9% |
| Morris Products | $12,477 | 4.8% |
| EcoSense Lighting | $3,588 | 1.4% |
| All Other | $8,118 | 3.1% |