# Exhibit U

# FILED UNDER SEAL