# Exhibit V

# FILED UNDER SEAL