# Exhibit W

# FILED UNDER SEAL