# Exhibit X

# FILED UNDER SEAL