# Exhibit Y

# FILED UNDER SEAL