# Exhibit 1

The Wayback Machine - https://web.archive.org/web/20250429134822/https://www.signify.com/global/our-company/intellectual-property/licensing

Be the first! Get the latest news and updates

Applications Brands Innovation Sustainability Resources Our Company Contact

# Licensing program for LED-based luminaires and retrofit bulbs

**Licensing**

## Number one

Patent licensing program in the global lighting industry

## 5000+

Granted patents accessible to licensees

1600+

Licensees

16+

Years together, program started in 2008



Introduction

Benefits for my company

Patents and technologies

Becoming a licensee
Types of agreements

Case 2:25-cv-00121-RWS Document 107-2 Filed 06/11/26 Page 5 of 18

EnabLED logo

Overview of licensees

Downloads

Case 2:25-cv-00121-RWS Document 107-2 Filed 06/11/26 Page 7 of 18

View all licensees ›

# Latest news / blogs

Signify #1 Lighting company in European patent filings in 2024 →

Types of agreements in the EnabLED Program →

1600th licensee joins the Signify Licensing Program →

# Introduction / Benefits for my company

Introduction
As technology leader, Signify has a long heritage of fostering technological advances through extensive research and development of new lighting technologies and of licensing its Intellectual Property (IP) to those wishing to use them.

By joining our EnabLED licensing program, you can shortcut your developments by gaining access to over 650 Signify inventions for you to build into your own products. With our state-of-the-art lighting technologies at your fingertips, the EnabLED program can transport your business into a future filled with opportunities.

Benefits for my company
If you are selling finished LED-based luminaires and / or retrofit bulbs under your brand for use in the field of general, architectural, theatrical and entertainment illumination, a license allows you to incorporate Signify's patented technologies in your products.

*Become EnabLED* and you join many companies who are already licensees, from global industry leaders to humble start-ups. As a licensee under our licensing program you can…

- Leverage Signify's thought leadership and expertise in LED and IP (Intellectual Property),
- Share in a wide spectrum of innovative and cutting-edge patent-protected technologies,
- Explore new applications and markets,
- Speed up your product development,
- Reduce time to market,
- Increase sourcing flexibility and cost effectiveness,

*… and accelerate your business growth.*

If you are interested in obtaining a license for LED-based luminaires and / or retrofit bulbs for use in applications outside the field of this program, we are willing to explore your request. The list of patents and terms of such possible license may deviate from the terms of a license offered under the EnabLED program.

## Patents and technologies

The EnabLED Licensing Program for LED Luminaires and Retrofit Bulbs was launched in 2008. It covers over 650 inventions, which have resulted in more than 5000 granted patents and over 140 pending patent applications. These patents relate to basic LED controls through to system-level technologies, resulting from extensive Research & Development activities of Signify as well as the former Color Kinetics, TIR and Cooper companies.

| Family | Application | Advantages include |
|---|---|---|
| Filament based LED products | Using LEDs and filament forms to generate light | Improves reliability and luminous efficacy of filament LED bulbs |
| Warm dimming incandescent emulation | Using LEDs to emulate warm dimming features of incandescent bulbs | Produces white light with natural warm dimming effects |
| $10M L Prize winning technology | LED lamps with omnidirectional light and award winning reliability | Omnidirectional light output whilst maintaining cooling efficiency |
| LED-based Lamp for Replacing TL Fluorescent Lamp with safety features | General illumination and specialty applications | Energy-efficient, long-life and mercury-free alternative to fluorescent tubes with safe installation features |
| LED glare reduction | Where comfortable LED light output is required | Reduces LED glare effects and provides uniform light output |
| Asymmetric LED light output | Asymmetrical, directed LED light applications | Provides LED light output only to directions and areas that need to be illuminated |

| Family | Application | Advantages include |
|---|---|---|
| Uniform mixed LED output | Multicolor or tunable white LED | Provides good color/tunable white mixing, eliminates white-LED un-equal phosphor artefacts |
| Connected LED lighting technology | Systems of networked LED bulbs with Radio Frequency (RF) connectivity | Simplified bulb integration in networks and improved antenna design for increased connection reliability with limited physical space |

# Becoming a licensee / Types of agreements

Becoming a licensee

Joining the EnabLED Licensing Program for LED Luminaires and Retrofit Bulbs is easy. Signify licensing specialists operate globally and are ready to respond to your questions. They will work with you on every step, so you can quickly start using our patent-protected technology.

Steps of the process

1. Meet with the Signify IP Licensing representative

One of our licensing experts will be assigned to your company so you have a personal contact with Signify. This contact person will explain the Program in detail and answer any questions you may have.

2. Portfolio Analysis

We work with you to determine which of your products are relevant and require a license.

Signify specialists are available to help you analyze your product portfolio and determine whether your products use Signify patents available under the licensing program.

3. Choose Type of agreement

You may choose between two types of agreement which lead to two types of royalty payment methods. One is a standard, product-by-product royalty approach based on our program rates, on net revenues of relevant products and relevant sales on a country-by-country basis. The other method is a flat rate (weighted average) approach.

Option 1: The Standard Approach

In the standard approach, we list all relevant products, the corresponding royalty rate, and the countries where a royalty payment is triggered. Under the license agreement, you will provide on a confidential basis, quarterly reports stating your turnover* for all listed products. The royalty due is calculated on the basis of these turnover data for the relevant calendar quarter. If you introduce new products, these may need to be added to the license agreement. You can either assess this yourself or one of our licensing experts may assist you in this analysis. If you conduct a self-assessment, we may still conduct our own analysis to verify its accuracy.

*the relevant turnover will be based on worldwide sales if at least one invention used in the product is patented in the country where the product was manufactured. Otherwise, we ask for the turnover generated only in countries of sale where the inventions used are patented.

Option 2: The Flat Rate Approach

In this approach, we use the portfolio analysis and your turnover of branded luminaires or retrofits in a reference period (e.g. the previous calendar year) to determine a single percentage flat rate which will apply on a quarterly basis. This approach takes into account the patent coverage in the countries in which you assemble and sell your products. If both luminaires and retrofits need to be covered, two separate flat rates will apply.

The license agreement will list all relevant brands and will specify the agreed flat rate for a specified number of years. During this period, you will simply report your quarterly turnover for relevant luminaire and retrofit brands. We then determine the royalties due by applying the flat rate percentage to this figure. When the agreed period ends, a new flat rate will be agreed.

This flat rate will continue to apply even if you introduce new products. In other words, there is no need for any further analysis or paperwork through the agreed flat rate period.

Qualified components / exemption of royalty
If you use the components for some or all of your LED-based luminaires from Qualified Suppliers (QS), this will affect the royalty payable.

- Under the standard approach, you will list these luminaires along with the others in your quarterly report, but the effective royalty rate will be zero.
- Under the flat rate approach, you also list luminaires which qualify for the QS exemption in your regular report. However, we do not include these luminaires in the calculation of your royalty payment. The QS arrangement only applies to LED luminaires to be used within the scope of the license program (which covers general illumination, architectural and entertainment lighting). The QS arrangement does not apply to retrofit bulbs.

Will the QS Exemption apply?
Just as for all your products, the first step is to analyze whether your luminaires use invention(s) covered by Signify patents in the relevant countries. If so, a license will be needed. However, these luminaires will be exempted from royalty payments.

In order to qualify for the royalty exemption, the luminaires need to incorporate the following components from

Qualified Suppliers only:

- all LED light-engine modules (LEDs placed on one or more common circuitboards); and
- all LED drivers; and
- all components, if any, for controlling the light output of the LEDs used in the luminaire.

They must also meet the condition that the trademark of the qualified supplier(s) is identifiable on each of the above components assembled in the luminaire.

Who are the Qualified Suppliers?
The following companies are qualified suppliers: Signify, Lumileds (only for light engine modules), Osram GmbH and Zumtobel Group.

Can I obtain customized light engines using QS components?
You can ask the qualified suppliers if they can provide components that meet your needs.

# Logo

We are introducing an official EnabLED logo which you as licensee can use to show you are a member of the EnabLED Licensing Program for LED Luminaires and Retrofit Bulbs.

It can be used on websites, catalogues and brochure as part of your communication to the market.

The logo is easy to use on your website or on printed literature. It also incorporates a unique QR code linking to our webpage, which protects your identity as one of our valued licensee members. For more information please contact us.




# Overview of licensees

The companies listed below currently have license agreements with Signify regarding patents available under the EnabLED Licensing Program for LED Luminaires and Retrofit Bulbs (in part previously made available under the former Color Kinetics Licensing program).

You can filter the list by choosing one or more application areas or entering a name to search for.

Disclaimer

This database contains names of companies that have entered into a license agreement with Signify covering patents licensed under the Signify LED Luminaires & Retrofit Bulbs Licensing Program (or previously under the Color Kinetics Licensing program). It does not necessarily contain the complete of list of all companies that currently have such license agreements in place. The information in this database has been compiled as accurately as possible at the time of compilation. The contents of all licenses are confidential and the information in this database is based solely upon publically available information regarding trademarks and brands used by a licensee and applications areas addressed by a licensee. Consequently, the contents of this database do not imply or make any statement in relation to any individual product of any licensee.

# Downloads

(best viewing experience in IE and Chrome)

# We'd love to hear from you